


**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**In Re: North Bay Village, LLC**

# Expert Report
**of**
**Richard Gaudet**
**GlassRatner Advisory & Capital Group, LLC**

**January 10, 2011**

3391 Peachtree Rd., NE, Suite 110 | Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com

# Table of Contents

**Tab**

**1 Report**

**2 Appendices**

Appendix A – Documents Relied Upon

Appendix B – Curriculum Vitae of Richard B. Gaudet

Appendix C – Testimony of Richard B. Gaudet




**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **NORTH BAY VILLAGE, LLC,** | **CHAPTER 11** |
| **Debtor.** | **CASE NO. 9:10-bk-03090-ALP** |

**Expert Report of Richard Gaudet**
**GlassRatner Advisory & Capital Group, LLC**
**dated**
**January 12, 2011**

## I. Introduction and Summary Conclusion

GlassRatner Advisory & Capital Group, LLC ("GlassRatner") was retained by Burr & Forman, LLP on behalf of CW Capital Asset Management, LLC ("CW Capital") to review the third amended Chapter 11 Plan of Reorganization of Debtor North Bay Village, LLC ("Debtor") dated as of December 20, 2010 (the "Plan"). Specifically, we were asked to analyze and opine on the feasibility of the Class 3 claimant (the "Secured Lender") 1) receiving payment of its Secured Claim and its Net Claim in accordance with the Plan; and 2) whether the provisions for the treatment of the Secured Lender under the Plan reflect financing terms reasonably available in the current financial markets. It is our opinion that the proposed Plan is not viable from either a market or financial perspective.

## II. Scope of Work

During the course of our work, we reviewed certain pleadings and the documents listed in Appendix A. In addition, we relied on our past experience, education and training, all of which are typically relied on in matters such as this. We reserve the right to update this report and perform further analysis if additional information becomes available.

## III. Background

Current General Market and Economic Conditions

Since the middle of 2007, the market for mortgage loans of all types has been in disarray. The rapid rise in mortgage delinquency and default levels triggered massive dislocations in the securitization markets, and the contagion spread to multifamily, retail, and office secured commercial loans and to the United States real estate markets in general. The effects throughout the capital markets worldwide are well documented:

- Thousands of commercial and residential MBS and CDO bonds have been downgraded, and the rating agencies which originally rated those bonds are under intense scrutiny and heavy criticism.
- The monoline insurers which insured the bonds have been forced to raise substantial additional capital and are themselves at risk for possible downgrade.
- Hedge funds, investment banks, commercial banks and other institutional investors which purchased those bonds have recognized massive losses on both loans and mortgage-backed securities in their portfolios.
- Hundreds of local and regional banks, which had provided financing to commercial and residential real estate developers in the booming economic environment of 2002-2007, are now carrying on their books large quantities of loans (many nonperforming) secured by uncompleted and un-stabilized development projects or even raw land. Most of the borrowers of those loans are in financial distress, so collectability is doubtful.

Attempts by the Federal Reserve Board to restore some semblance of normalcy to this market were largely ineffective throughout 2008 and 2009; but asset valuations began to show signs of bottoming in 2010. In spite of this, outside of periodic anecdotal evidence of value improvement in certain product types such as Class A multi-family, failed bank acquisitions, and multi-national bank stocks, we have seen no significant indication of broader market improvement, and continue to see declines in valuations of certain product types such as raw land (impacted by the lack of near or mid-term demand for future development) and Class B and C assets in all property types (impacted by new regulatory restrictions on the percentage of capital that banks can lend for “definition real estate” purposes).

This flattening of the market at the bottom, coupled with efforts by the Federal Reserve to maintain low interest rates, has created a fear of inflation that has begun to manifest itself in higher long term interest rates. Provided the Federal Reserve can manage rates in a fashion that facilitates recovery without runaway inflation, we anticipate gradual stabilization of the real estate markets as existing inventories are absorbed over the next five to ten years. The velocity of the recovery is expected to be tempered by incentives built into the financial tools used to absorb much of the distressed debt currently in the market place. For example, loss share structures used for acquisition of failed institutions contain a requirement that acquiring institutions exercise best efforts to maximize recovery over an eight-year timeframe; likewise, the structured sale vehicles adopted by the FDIC for the sale of acquired assets of failed banks provide significant incentives and favorable financing to investors who maximize recovery over an eight- to ten- year time frame. These examples of structures that require or incent gradual and patient recovery, along with the large volume of expected maturities of CMBS loans over the next five years, assure that there will be an abundance of supply to assure a long term “buyers market” in real estate.

As further evidence of the expectation of a gradual recovery is the trend in the ten-year interest rate. The chart below shows the yield of the 10-year LIBOR Swap and the associated 3 Month LIBOR Rate. The significance of the 10 year swap rate is that it demonstrates the market’s

expectation of variable rate trends over the next ten years. Stated differently, absent unforeseen circumstances, an investment in a variable rate instrument that floated with the three month LIBOR for the next 10 years would provide a cumulative yield equal to the current 10 year swap rate. As such, when long term swap rates are higher than the associated variable rate, a cumulative rising interest rate environment is expected over the term of the swap period. As of January 7, 2011, the three month LIBOR rate was 0.30313%[1], and the 10 year swap on the three month LIBOR was 3.407%[2]. Accordingly, the market believes that the interest rate trend over the next ten years is significantly upward.

**Trends in the Ten Year rate[3]**




Also of note is the trend over the last 18 months in Swap Spreads[4]. The swap spread has declined to minimal values and even became negative at several points over the past six months. The significance of the narrowing spread is indicative of growing demand for fixed rate hedges in the current rate environment. In other words, lenders and borrowers are demonstrating a very high demand for fixed rates as a hedge against floating rate volatility.

In summary, the real estate market in general and the retail and office market specifically are expected to demonstrate slow recovery over the next five to ten years with the momentum negatively impacted by the metered and gradual absorption of the excess supply of inventory as well as a rising and potentially volatile increasing rate environment.

---

[1] Wall Street Journal Money Rates January 8, 2011
[2] Wall Street Journal Money Rates January 8, 2011
[3] Federal Reserve Statistical Release H.15
[4] Swap Spread is the difference between the Swap Rate and the corresponding Treasury Constant Maturity yield

The North Bay Village Project

The Debtor, was formed on or about October 9, 2002 as a Florida Limited Liability Company with North Bay Village-MM, Inc., as its managing member. North Bay was formed as a single purpose entity to acquire, operate, lease and liquidate real estate. North Bay, along with its co-tenant, CKS Investment Company ("CKS"), a Minnesota Limited Liability Partnership, acquired a condominium interest in property located at 26381 S. Tamiami Trail, Bonita Springs, Florida 34134, as tenants in common by warranty deed dated July 1, 2003 ("Property").

Prior to the acquisition of the Property, on or about June 26, 2003, North Bay and CKS entered into a Cotenancy and Agency Agreement with recently formed Craven-Shaffer-North Bay Village, LLC ("Craven Shaffer North Bay") in order for Craven Shaffer North Bay to act as North Bay and CKS' agent with respect to the Property.

Through Craven Shaffer North Bay, Pelican Bay and Grand Bay, the Property is covered by an agency agreement, its' construction was completed and its' Property is managed by entities in which James A. Nashman holds an interest. Mr. Nashman currently oversees leasing, maintenance and operations of the Property. North Bay and CKS currently lease the Property to a number of both local and national tenants. North Bay filed its Chapter 11 Petition on February 12, 2010 ("Petition Date").[5]

Prior to and during the pendency of the Bankruptcy case, the property has suffered low lease up rates and high tenant default rates. These issues, shared by the national market in general and the Southwest Florida Market in particular, are indicative of the general economic downturn as well as the overbuilt and extremely competitive local market. The financial stress suffered by the project as well as the future challenges are best manifested in the 22.5% decline in appraised value that the property suffered between the petition date and the date of the most recent appraisal on October 20, 2010.

Inspection of the property indicates several factors that are notable in considering the success of the proposed plan as well as the performance of the property relative to its competitive set. These include:

- Property is located on South Tamiami Trail in Bonita Springs, Florida which is considered a high traffic location, but suffers weaknesses in access and visibility;
- Landscaping is distressed and marginally maintained;
- Building maintenance shows evidence of neglect as evidenced by mildew;
- Property is part of a condominium development, the balance of which is incomplete;
- The property has a considerable amount of 2nd and 3rd floor office space which is difficult to lease in strong markets and almost impossible to lease in a market having the excess inventory evident in the Lee County market;
- The current tenant base is challenged as evidenced by the default rate and the lease concessions granted in the past year.

In summary, the project is considered to be at the lower end of the competitive set and in our opinion, will track behind the local market in terms of rental rates, lease up, and stabilized occupancy. In spite of this, our analysis assumes market performance by the project in accordance with assumptions used by the debtor's appraiser.

[5] Debtor's Fourth Amended Disclosure Statement

## IV. GlassRatner Analysis and Findings

The Plan provides for the following treatment of the Secured Lender:

1) 10 monthly payments equal to $43,889 plus accrued interest at a rate of 5.25%;[6,7]
2) 109 monthly payments of $43,889 plus accrued interest calculated at the WSJ prime rate effective on the first business day of each subsequent calendar year.
3) A final payment due in the 120th month in the estimated amount of between $14.3MM and $15.6MM. The actual payment amount will be calculated by subtracting from the Net Claim of $24,932,000 the following amounts:
    a. The balance of escrowed adequate protection payments paid to the Secured Lender as of the Effective Date;[8]
    b. $5,266,680 representing the principal payments received in accordance with the Plan;
    c. An estimated amount of between $2,776,521 and $4,080,854 reflecting the total interest payments expected to be paid to the Secured Lender during the term of the Plan.[9]

The Plan also provided for two alternative payment options (Quick Pay Option 1 and Quick Pay Option 2) wherein the Secured Lender could opt for a shorter time frame and lower expected recovery. These options were excluded from our analysis based on the Secured Lenders stated intent not to elect either of these options.[10]

In reviewing the feasibility of the Plan, we focused on the risks associated with the Plan. These risks are divided into two classes, Market Risk and Financial Risk. The Market Risk focuses on the likelihood that the Debtor can achieve the forecasted performance from the perspective of lease up, operating expenses, and terminal valuation. The Financial Risk focuses on the likelihood that the Debtor will be reasonably able to comply with the financial payment terms required under the proposed Plan.

In reviewing the Market and Financial Risk associated with the plan, we relied on the Projected Future Operating Statements provided by the Debtor (the "Budget"). The Budget, in form and content, is lacking in many respects from customary real estate forecasting and financial reporting procedures. While our observations are anecdotal, they are based on 30 years of real estate financing experience, and we find the content and quality of the financial reporting and budgeting to be a significant "red flag" in the underwriting of a financing request. Specifically, the Budget:

- Assumes no tenant turnover during the 10 year budget period;
- Does not provide for vacancy and collection loss;
- Does not segregate common area maintenance, tax and insurance reimbursements from rental income;
- Does not segregate reimbursable from non-reimbursable expenses;

---

[6] Initial rate is based on the WSJ prime rate on January 3, 2011 of 3.25% plus the 2% (Two Point) spread provided under the Plan. http://online.wsj.com/mdc/public/page/2_3020-moneyrate-20110103.html?mod=mdc_pastcalendar

[7] For purposes of modeling, we assumed an effective date of February 10, 2011 and a first payment date of March 10, 2011.

[8] We have assumed the amount of the escrowed adequate protection payments to be $1,250,000; however, we have not been able to verify this due to the failure of the borrower to file DIP reports since October 2010.

[9] Our estimate of the expected interest cost is included in the analysis of financial feasibility.

[10] Based on discussions with Secured Creditor's counsel, the Secured Creditor would not elect to exercise Quick Paty Option 1 or Quick Pay Option 2.

- Does not segregate capital expenses from operating expenses;
- Does not report expected debt service;
- Contains inconsistencies between actual forecast and assumptions.

As such, in order to draw meaningful data from the Budget, we used the budget data, along with the operating data provided in the Debtor's appraisal to recreate the budget in a format that would facilitate our analysis. In doing this, we also incorporated the appraiser's assumptions in a side by side comparison to determine significant variances between the assumptions of the Debtor and the appraiser. Since the appraisal assumed reversion of the property in three years, we extrapolated from the appraiser's stabilized operating budget to determine the expected budget for Years 4 through 10 by assuming a 3% annual growth rate in rents as well as operating expenses. Additionally, we included an annual repair and replacement reserve of $50,000[11] in the appraiser's budget that the appraiser failed to add.

While there are significant differences between the appraisers' operating assumptions and the debtor's assumptions, the forecasted NOI and Net Cash before debt service under both models proved remarkably similar with only a $54,000 (0.5%) and $38,000 (0.4%) cumulative variance over the forecasted 10 year period.

Market Risk

The Plan carries a high degree of Market Risk in that the execution of the proposed lease up and stabilization requires the property to achieve operating efficiency and 100% occupancy in a market that (as of June 2010) is experiencing continued decline in occupancy and rental rates.

For purposes of analyzing Market Risk, we have bifurcated the project into a 93,841 s/f retail shopping center and a 20,704 s/f Class B office building to accurately reflect the intended use of the property. The office space consists of 10,352 s/f on the 2nd floor and 10,352 s/f on the 3rd floor. The retail space consists of two stand alone buildings and the first floor of a third building. It is significant to note that 60,000 s/f of the available retail space is a furniture showroom in a stand-alone building. This space, while ideally suited for its current use as a furniture showroom, is considered a limited purpose space and in the event it became vacant would be very difficult to re-lease in a timely fashion. For this reason, we have also considered occupancy data exclusive of the Robb & Stucky space.

As shown in the following tables[12], Southwest Florida, Lee County and Bonita Springs in particular, continue to suffer from high vacancy rates and the subject project lags behind the peer group.

---

[11] Based on assumption of 25% turnover of non-anchor space per year; tenants improvements of $5 per square foot for new leases and $1 per square foot for renewals; leasing commissions of 5% for new leases and 2.5% for renewals.

[12] The CoStar Retail Report – Mid-Year 2010 Southwest Florida Retail Market

| CoStar Mid Year 2010 Shopping Center Vacancy Rates | | | | |
|---|---|---|---|---|
| Area | # Centers | Total GLA | Vacancy S/F | Vacancy % |
| Southwest Florida | 826 | 33,346,582 | 4,294,555 | 12.9% |
| Lee County | 469 | 18,781,421 | 2,732,570 | 14.5% |
| Bonita Springs | 39 | 2,196,178 | 352,855 | 16.1% |
| North Bay Village (Ex Office) | N/A | 93,841 | 11,029[13] | 11.7% |
| North Bay Village (Ex Office and Robb & Stucky) | N/A | 33,841[14] | 11,029 | 32.6% |

In addition to declining occupancy rates, the retail rental market is also experiencing a decline in rental rates indicating that rates have not yet reached a level that will attract new tenants into the market at a pace that will stop the decline in occupancy. The subject project has also suffered from declining rental rates, through the renegotiation of leases with several key tenants.




Taking into account upcoming lease expirations for which the tenant is not going to extend[15], the Debtor's Budget calls for absorption of 15,432 s/f of retail space over the next 36 months[16].

---

[13] Total square footage and vacancy square footage are based solely on 1st floor retail space. The balance of the rentable area (20,704 s/f) is treated as office space for purpose of market analysis. Vacancy rates are derived from Debtor's appraisal dated October 20, 2010, which reflects the most recent data available. Current vacancy does not reflect the pending vacancy of 4,778 s/f for Mattress Giant, which expects to vacate in June 2011, or Acosta Insurance with 1,225 s/f that is currently vacant and forecasted to continue paying through lease maturity in 2012.

[14] The Robb & Stucky tenant occupies a stand-alone 60,000 s/f building and is excluded for the purpose of analyzing only shop space retail occupancy.

[15] Acosta Insurance has vacated its space and is expected to continue lease payments through lease maturity in 2012; Mattress Giant is expected to vacate at lease expiration in June 2011.

Given that as of the second quarter of 2010 the Southwest Florida Market was still experiencing negative absorption in the Shopping Center Market and that in the five quarters ending June 30, 2010, the Market had experienced negative absorption of 810,015 s/f, [17] we believe that the forecasted lease up is unattainable. In summary, it is our opinion that the Lee County and Southwest Florida market for retail space does not support the lease up and stabilization assumptions anticipated in the Debtor's budget.

In regard to the office space, the local office market is experiencing a higher vacancy rate than the retail market, but the office market has experienced breakeven to slightly positive net absorption in recent quarters.[18] Likewise, while quoted rental rates have shown continued decline, the rate of decline has slowed in the 2nd quarter of 2010. While slightly more positive than the outlook for retail space, the office market, due to the large vacancy factor is expected to continue to experience slow lease up and stabilization.

| CoStar Mid Year 2010 Class B Office Vacancy Rates | | | | |
|---|---|---|---|---|
| **Area** | **# Bldgs** | **Total GLA** | **Vacancy S/F** | **Vacancy %** |
| Southwest Florida | 1598 | 18,408,355 | 3,327,873 | 18.1% |
| Lee County | 1020 | 11,328,311 | 2,072,985 | 18.3% |
| Bonita Springs | 127 | 1,378,876 | 324,669 | 23.5% |
| North Bay Village (Office Only) | N/A | 20,704 | 20,704[19] | 100.0% |




---

[16] This does not include the Salon Alfredo space of 2,395 s/f. As of the October appraisal date, this tenant was in the process of eviction.
[17] The CoStar Retail Report – Mid-Year 2010 Southwest Florida Retail Market
[18] The CoStar Retail Report – Mid-Year 2010 Southwest Florida Retail Market
[19] Assumes that the space occupied by Pelican Bay Development is available for lease. The Debtor's Budget does not indicate that the tenant currently in this space is going to pay rent.

The Debtor's Budget provides for 2nd floor office income of $14 s/f ($9 rent and $5 CAM) commencing on 3/1/2012, and 3rd floor office income of $20 s/f ($15 rent and $5 CAM) commencing lease up over an 18 month period beginning in 2014. Assuming that the Lee County office market has bottomed, these footnote assumptions are considered realistic; however, the actual budget forecast assumes $77M in 2011 rents and full occupancy for all of 2012 for the 2nd floor office space. The cause of the discrepancy is unexplained, but potentially overstates 2011 and 2012 income by $116M.

Under the proposed Plan, the primary repayment source is the operating income of the project. Specifically, this operating income must serve two purposes: 1) provide for the payment of the monthly payments contemplated under the Plan and 2) provide a basis for the valuation that will support the sale or refinance of the project on the 10th anniversary of the Effective Date.

Given the issues discussed under Market Risks, this conceptual primary repayment source is believed to be inadequate. This weakness is further evidenced by the fact that there is currently no lender appetite for a thirty-year, non-interest bearing loan on an un-stabilized underperforming property located in a distressed market.

Conventional regulated lenders are under regulatory pressure to reduce exposure to definition real estate loans, both in whole dollars and as a percentage of the total loan portfolio. Non-regulated lenders are providing some degree of backstop for this market, but typically at loan to value levels and financing costs that make the projects financially infeasible. Many entities have formed recently for the purpose of providing equity investment for distressed real estate projects, but even these new market entrants are having trouble finding projects that support their extremely conservative timing estimates and high return expectations. In short, there is a total lack of financing availability for non-institutional real estate projects lacking credit tenants. The proposed Plan ignores the fact that the entire real estate developer, investor, lender and regulatory community has determined that current investment in speculative retail and office development is highly risky.

Our review of comparable financing transactions produced only five comparable sales in the Southwest and middle Florida Market and of these, one had seller financing and one was at 53% loan-to-cost. Town N Country Promenade, a grocery-anchored (Sweetbay) center in Tampa, Florida, sold in February 2010 for $7.75 million. The purchaser procured financing from American Momentum Bank at 70% of the purchase price with a floating rate based on 300 to 375 basis points over LIBOR and a 5% to 6% floor. The loan is repaid on a 20-year amortization with a 35 month balloon. The lender reported significant escrow requirements for tenant improvements, leasing commissions and replacement reserves.

Based on our experience in the market, there are very limited financing options available for non-grocery anchored shopping centers, especially in underperforming markets such as Lee County. Robb & Stuckey, i.e. a furniture anchor is one of the lesser desirable anchors, as lenders consider furniture retailer’s sales to parallel general economic trends. Most mortgage bankers and lenders we spoke to indicated that they would not have any interest in financing a furniture anchored center in Southwestern Florida. In addition, the second- and third-stories further compound the less desirable nature of financing the project. Per the previously discussed market conditions, Lender’s are still concerned about the retail recovery in Lee County. In fact, one mortgage banker we spoke with indicated they have been unsuccessful in procuring debt for a Lee County, 480,000 s/f retail center anchored by Home Depot, Target, Best Buy, Staples and Petco and with strong sponsorship primarily due to its southwestern Florida location.

If the Debtor's project were financeable (ignoring the issues caused by the anchor, three-story and Lee County location) typical lenders would include banks, life insurance companies and CMBS lenders (which are beginning to re-enter the market). General terms for an anchored retail loan would be 55% to 70% Loan to Value, 20 to 25-year amortization and interest rates ranging from 5.5% to 6.5%. All space would be underwritten at current market rent with no credit given for above market rent leases. Lenders are also underwriting the lease expirations schedules and requiring upfront reserves and on-going cash sweep escrows for tenant improvements and leasing commissions. Loans meeting these underwriting requirements would typically be priced at a fixed rate (or a variable rate hedged to a fixed rate) and have maturity of three years or less. Longer term options in the current market are generally only available from CMBS or insurance company lenders and would contain significant performance covenants to allow for default in the event borrower or project performance declined during the term. Additionally, any financing term in excess of three years would be based on either fixed rate pricing with a yield maintenance/defeasance provision in the event of early payment, or a variable rate with a matching fixed rate hedge. Given the anticipated rate trends over the next ten years, long term borrowing on a variable rate would be considered irresponsible by most borrowers and lenders.

In summary, the Plan's success relies on lease up and stabilization of an office/retail project having average to below average characteristics and located in a sub-market that continues to experience financial distress in terms of occupancy, absorption and rental rates. As such, the Market Risk is considered unacceptable.

Financial Risks

The financial risk of the Plan focuses on the likelihood that the proposed Plan will provide sufficient financial return to satisfy the payment terms required under the Plan. In reviewing the financial risk associated with the proposed Plan, Creditors will assess the risk adjusted return on the proposed Plan, relative to other available alternatives. Specifically, Creditors should focus this analysis on the quality of the primary repayment source, which is purported to be the successful lease up and stabilized operation of the project followed by the sale or refinance of the project at a value that would satisfy the substantial balloon payment contemplated under the Plan.

In analyzing the financial risk of the Plan, we conducted an underwriting of the proposed Plan from two perspectives. The first was the viability of a secured loan of $7.9MM at an annually adjusted variable rate of WSJ prime plus 2% and a 15-year straight line amortization (the "Secured Claim Scenario"); and second was the likelihood of recovering $23.7MM over 10 years with no expectation of return on invested funds (the "Net Claim Scenario"). In terms of the Secured Claim Scenario, conventional underwriting would require that the income generated under the Plan provide the ability to cover the projected debt payments with a Debt Service Coverage ratio ("DSCR") of 1.2X. Stated differently, the project should generate annual cash flow equal to 120% of the projected annual payments. In the case of the Plan, the annual payments beyond the first 10 months are unknown due to the variable interest rate.

Admittedly, the forecast of future interest rates is speculative at best; however, there are methods that are customarily relied upon for forecasting future interest rate trends. Specifically, we used the following procedure to estimate Prime Rate trends during the Plan period:

- Determine the current 10-year swap rate for the three month LIBOR rate.[20]
- Determine the historic spread between the three-month LIBOR rate and the WSJ prime rate.[21]
- Add the historic spread between the three-month LIBOR and WSJ Prime to the 10-year LIBOR Swap rate to calculate the estimated Prime based Swap rate of 6.147% reflecting the estimate of average prime rate over the next ten years.
- Add the 2% spread provided for under the Plan to determine the expected average interest rate under the Plan of 8.147%

Since the Plan provides for monthly principal reductions, the application of a flat 8.147% rate over the life of the plan would overstate interest expense in the early years of the loan. To adjust for this, we assumed that rates would increase by 0.644% annually over the life of the loan, yielding an average rate over the 10-year period of 8.147%. Utilizing the Debtor's Budget, we then calculated the DSCR under the proposed Plan to determine that the project would not achieve a 1.2X DSCR until Year 7 and in fact that the property would generate negative cash flow of $866M before achieving annual breakeven operations in Year 6[22]. Given that the Plan does not provide a source of funding for the negative cash flow in the first four years, it is deemed financially infeasible.

We next assumed a Secured Claim Scenario in which the interest rate remained unchanged throughout the ten year term. Under this scenario (attached as Exhibit B) the project achieves breakeven operation in Year 5 and a 1.2X DSCR in Year 6, but still has an unfulfilled cash need of $484M in the first four years. Again, even assuming an unanticipated environment of no rate increases, the Plan remains financial infeasible.

Finally, we considered a Net Claim Scenario in which we ignore the requirement that the Secured Claim be paid in accordance with market terms and attempt to ascertain the likelihood of recovering the Net Claim over the life of the Plan. Again, we relied on the Debtor's Budget without regard or adjustment for the Market Risks previously identified to determine the probability that the Plan would generate $23,682,000[23] during the term of the Plan. The Budget provides for cash flow before debt service of $9,776,223. Of this amount, approximately $175M will be paid to the Class 2 Claim, leaving $9,601,223 available for Debt Service. Assuming that all cash generated is either paid toward debt service or held in escrow for payment of the balloon payment, the balloon payment after application of the escrowed operating funds[24] would be equal to $14,080,753 and would be due in full on the tenth anniversary of the effective date. To make this payment, the Debtor would have the option of either refinancing or selling the property. Since the sale of the property is assumed to yield a higher cash payment than a refinance (due to lender loan to value requirements), we considered the sale of the property to be the repayment source with the highest probability of successfully meeting the balloon payment requirement.

To determine the expected sale price, we once again relied on the Debtor's Budget to determine the expected NOI at the sale date. According to the Budget, expected NOI in year 10 is $1,146,336. Next, we applied the reversionary cap rate of 12%, cited by the Debtor's appraiser

---

[20] While 10 year swaps are available on WSJ Prime Rate, they are far less common in the market and as such carry a higher swap spread/premium, which would have resulted in a higher prime rate assumption. The 10 year swap on the three month LIBOR quoted in the Wall Street Journal as of January 7, 2011 is 3.407%.

[21] The average spread between WSJ Prime Rate and the three-month LIBOR over the last 10 years is 2.74% with an average deviation of 26.9 basis points. *Federal Reserve Statistical Release H.15*

[22] See Exhibit A

[23] Assumes that $1,250,000 of escrowed adequate protection payments are paid at the effective date.

[24] The concept of escrowing excess operating income is not included in the Plan. To the extent excess operating income is diverted from the estate, the likely deficiency would increase.

as the market cap rate for this property upon stabilization, to calculate the expected sale price of $9,552,200 and deducted the 3% sales expenses suggested by Debtor's appraiser resulting in net sales proceeds of $9,266,216. Obviously, this scenario fails dramatically in meeting the requirement of repaying the expected balloon payment of $14,080,753. In fact, to achieve a breakeven sale that would cover the balloon payment, the property would have to be sold at a 7.9% cap rate on projected 2021 income. This breakeven cap rate of 7.9% is considered unrealistic for the subject property in any market scenario. Cap rates below 8% are generally limited to Class A projects having credit-quality tenants. The current and expected tenant base, mixed-use nature, and multiple floors of the project make it unlikely that it would ever warrant sale at a cap rate of below 10% regardless of market strength. The following table summarizes the Debtor's inability to satisfy the balloon payment.

| **Estimate of Balloon Payment** | **Assuming no rate change** | **Assuming forecasted rate** |
|---|---|---|
| Allowed Claim | 24,932,000 | 24,932,000 |
| - Less Adequate protection payment | (1,250,000) | (1,250,000) |
| Net Claim | 23,682,000 | 23,682,000 |
| - Less interest payments | (2,760,200) | (4,080,854) |
| - Less Principal Payments | (5,266,680) | (5,266,680) |
| Expected Balloon payment | 15,655,120 | 14,334,466 |
| - Less excess cash earned in excess of debt service | (1,574,367) | (253,712) |
| - Less Sale Proceeds | (9,266,216) | (9,266,216) |
| Net Shortfall on payoff | 4,814,537 | 4,814,538 |

Also of concern is the Debtor’s budgeted expense for tenant improvement, leasing commissions and maintenance reserves. As noted above, the amounts budgeted by debtor will marginally cover the anticipated tenant improvements and commission expense, but does not provide for maintenance reserves to cover capital expenses for roof repair and replacement, exterior repair and painting and parking lot repairs. Given that the property will be almost 20 years old at the maturity of the proposed Plan, the failure to identify and reserve for these expenses creates an almost certain probability of un-forecasted and un-budgeted expenses. Likewise, the failure of the Debtor to escrow adequate reserves creates the opportunity for the Debtor to defer these repairs to the detriment of the property value. The failure of the Plan to address the requirement of adequate repair and replacement reserves will result in a lower property valuation at plan maturity due to the economic age and condition of the project.

In summary, the Plan is deemed financially infeasible based on the failure of the Debtor's Budget to demonstrate the ability to service proposed monthly payments in a rising rate environment or even in the current rate environment for at least five years into the Plan. The Plan fails to provide adequate repair and replacement reserves to assure that the property condition at Plan maturity will support a reasonable valuation; and fails to address a source of cash flow needs of between $484M and $866M during the first four years of the Plan. Finally, the Plan is infeasible in that it fails to address how the Debtor will pay the expected deficiency of at least $4.8 Million that will be due after the sale of the property.

## V. <u>Opinion of Richard B. Gaudet</u>

In effect, the Debtor's Plan attempts to usurp the spirit of the 1111(b) election and treats the Class 3 as a bifurcated claim consisting of a Secured Claim of $7.9MM and contingent unsecured claim of between $14.3MM and $15.6MM, with the unsecured claim bearing all of the

risk of interest rate increases, market risk, stabilization risk, and asset deterioration over the next 10 years. In addition to the unsecured claim being contingent solely upon asset appreciation and subject to dilution based on rate increases, it is non-interest bearing and payable in ten years if, and only to the extent that, the property has appreciated in value.

By introducing the concept of "Secured Claim" and "Net Claim" to structure what in effect is the Secured Lender's Claim, the Debtor creates the illusion of market terms on a notional claim amount of $7.9MM and effectively masks the real terms proposed for the treatment of the Class 3 Claim. If we remove the financial engineering from the Debtor's Plan, the Plan effectively calls for treatment of the Class 3 Claim as a non-interest bearing claim calling for monthly payments commencing at approximately $78M and declining over the next ten years to approximately $55M followed by a balloon payment of $15.6MM[25]. Assuming no changes in the interest rate, the average monthly payment to the Class 3 Claimant over the life of the Plan will be $67,026.56. At this payment rate, assuming no interest, the Net Claim is amortized over 29 years and 5 months.

Moving beyond the inequitable, non-conventional, and non-market terms of a non-interest bearing claim with close to a 30-year amortization, we considered the ability of the Debtor to actually comply with the proposed repayment terms and find that according to the Debtor's budget, the Debtor would need to secure additional sources of cash flow of between $484M and $866M[26] to cover operating and debt service shortfalls in the first four years of the Plan. If we further assume that the Debtor is able to secure a source of funding for the cash shortfall in Years 1 to 4 of the Plan, that Debtor sequesters 100% of cash flow generated in the later years of the Plan, and that the Debtor is able to sell the property in 10 years at a 12% Cap Rate; then the Debtor will need to find a funding source for the collateral shortfall of approximately $4.8MM. Given that the Debtor has no additional assets and that the Plan calls for the release of all guarantors, we find the likelihood of Plan success is non-existent.

Based on the analysis above, my experience and training in matters such as this, it is my opinion that the proposed Plan is not viable from either a market or financial perspective. The Debtor’s own assumptions as to absorption, occupancy and income demonstrate that the plan will fail almost immediately based on unfulfilled cash needs. Equally as significant, the Plan ignores the current state of the market for retail and office space.

In my opinion, approval of the proposed Plan will result in a failure of the primary repayment source and diminution in value of the property based on continued deferral of maintenance and cash flow shortages, thus reducing the expected recovery to the creditors of the estate. Accordingly, it is our conclusion that the Plan proposed by Debtor is neither equitable nor feasible and does not reflect financing terms available in the current market.

[25] Assumes no increase in WSJ Prime Rate

[26] Variance in Cash Flow is based on the difference between the Debtor's Budget assuming a fixed Prime Rate of 3.25% and GlassRatner's assumptions as to increases in the Prime Rate over the next four years.

## VI. Qualifications

Mr. Gaudet is a Principal with GlassRatner Advisory & Capital Group, LLC, a specialty financial advisory firm located in Atlanta, Georgia. He has over 30 years of commercial banking experience including commercial, asset based, real estate and consumer lending as well as underwriting, credit analysis, credit risk review, portfolio management, due diligence and business refinancing. Mr. Gaudet has managed complex real estate and commercial problem assets, and has lead GlassRatner's activities as financial advisor to the Federal Deposit Insurance Corporation in loan sale engagements involving portfolios of commercial and residential real estate development and construction loans. Additionally, Mr. Gaudet is actively advising Bank and borrower clients throughout the Southeast with active residential and commercial developments having debt exposure in excess of $10 Billion. Mr. Gaudet also provides advisory services to community banks in the area of commercial and real estate underwriting, loan review, capital adequacy planning, and preparation for FDIC examinations. Mr. Gaudet's Curriculum Vitae is included as Appendix B. A summary of Mr. Gaudet's prior testimony is attached as Appendix C.

## VII. Fees

Mr. Gaudet's fees for this matter have been billed based on actual time incurred at the rate of $400 per hour. Others assisting him on this engagement were also billed based on actual time incurred at rates ranging from $135 to $375 per hour.

Richard Gaudet
GlassRatner Advisory & Capital Group, LLC

January 10, 2011
Date

# Exhibit A - Variable Interest Rate Analysis

## CW Capital - North Bay Village

**Comparative Analysis**
***January 10, 2011***

**Scenario: 1** — **Debtor's Plan: Rate increases based on 10 year SWAP, 15 year straight-line amortization, 10-year balloon payment, all payments reduce principal balance**

| Tenant | Budget Year 1 | Budget Year 2 | Budget Year 3 | Budget Year 4 | Budget Year 5 | Budget Year 6 | Budget Year 7 | Budget Year 8 | Budget Year 9 | Budget Year 10 [5] |
|---|---|---|---|---|---|---|---|---|---|---|
| Robb & Stucky | $ 764,872 | $ 773,569 | $ 782,512 | $ 791,709 | $ 801,166 | $ 802,786 | $ 804,440 | $ 806,126 | $ 807,846 | $ 809,601 |
| Edible Arrangements | 22,786 | 24,742 | 25,423 | 26,129 | 26,800 | 27,604 | 28,432 | 29,285 | 30,164 | 31,069 |
| Salon Alfredos | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 |
| Bonefish Grill | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 |
| Chiodo | - | - | - | - | - | - | - | - | - | - |
| Reyes Eye | 21,487 | 28,652 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 |
| Mattress Giant | 101,252 | 32,650 | 98,928 | 101,896 | 104,953 | 108,102 | 111,345 | 114,685 | 118,126 | 121,670 |
| Zylomed | 28,576 | - | - | - | - | - | - | - | - | - |
| Acosta | 38,161 | 39,076 | 39,991 | 40,905 | 41,846 | 42,809 | 43,793 | 44,801 | 45,831 | 46,885 |
| First Watch | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 |
| Bonita Daily | 42,288 | 43,224 | 44,160 | 45,096 | 45,998 | 46,918 | 47,856 | 48,813 | 49,789 | 50,785 |
| Pelican Bay Dev | - | - | - | - | - | - | - | - | - | - |
| New Tenants | 85,756 | 195,601 | 216,347 | 255,674 | 308,429 | 466,750 | 469,262 | 471,849 | 474,513 | 477,258 |
| Base Rents [1] | 1,367,333 | 1,399,669 | 1,499,346 | 1,553,394 | 1,621,177 | 1,786,954 | 1,797,113 | 1,807,544 | 1,818,254 | 1,829,253 |
| Vacancy & Collection Loss | | | | | | | | | | |
| Adjusted Gross Income Comparison | 1,367,333 | 1,399,669 | 1,499,346 | 1,553,394 | 1,621,177 | 1,786,954 | 1,797,113 | 1,807,544 | 1,818,254 | 1,829,253 |
| Operating Expenses | 528,024 | 537,993 | 551,306 | 562,498 | 574,531 | 592,057 | 601,981 | 612,092 | 622,405 | 632,917 |
| Net Operating Income | 839,309 | 861,676 | 948,040 | 990,896 | 1,046,646 | 1,194,897 | 1,195,132 | 1,195,452 | 1,195,849 | 1,196,336 |
| T/I, Commissions, and reserves | 55,000 | 80,000 | 150,000 | 150,000 | 150,000 | 103,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| | | | | | | - | - | - | - | - |
| Net Cash before Debt Service [2] | 784,309 | 781,676 | 798,040 | 840,896 | 896,646 | 1,091,897 | 1,145,132 | 1,145,452 | 1,145,849 | 10,412,552 |
| Class 2 Payments | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | | | | | |
| Interest Payments [3] | 410,062 | 427,776 | 438,707 | 442,855 | 440,219 | 430,799 | 414,596 | 391,610 | 361,840 | 322,390 |
| Principal Payments [4] | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 14,861,146 |
| Cash flow to Equity | (187,419) | (207,767) | (202,334) | (163,625) | (105,239) | 134,431 | 203,869 | 227,175 | 257,342 | (4,770,984) |
| Cumulative cash to Equity | $ (187,419) | $ (395,186) | $ (597,520) | $ (761,146) | $ (866,385) | $ (731,954) | $ (528,085) | $ (300,910) | $ (43,567) | $ (4,814,551) |

**Value @ 12% cap rate** **$ 9,266,216**

[1] Budget revenue does not separate base rents from CAM reimbursement.
[2] Reversion in Year 10 is based on appraiser's reversion value assuming stabilized income, 12% reversion, and 3% selling costs.
[3] Interest payments are based on estimated Prime Rate + 2% at the secured amount of $7.9 million.
[4] Principal payments are based on a 180-month straight line amortization at the secured amount of $7.9 million yielding $43,889 per month.
[5] Year 10 assumes 12 months of operations and sale of property with proceeds to pay off the net claim less prior plan payments.

# Exhibit A.1 - Variable Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

***January 10, 2011***

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| YEAR 1 | 1 | $ 7,900,000 | 5.25% | $ 78,451 | $ 34,563 | $ 43,889 | $ 7,856,111 | $ 23,682,000 | $ 78,451 | $ 23,603,549 |
| | 2 | 7,856,111 | 5.25% | 78,259 | 34,370 | 43,889 | 7,812,222 | 23,603,549 | 78,259 | 23,525,289 |
| | 3 | 7,812,222 | 5.25% | 78,067 | 34,178 | 43,889 | 7,768,333 | 23,525,289 | 78,067 | 23,447,222 |
| | 4 | 7,768,333 | 5.25% | 77,875 | 33,986 | 43,889 | 7,724,444 | 23,447,222 | 77,875 | 23,369,347 |
| | 5 | 7,724,444 | 5.25% | 77,683 | 33,794 | 43,889 | 7,680,556 | 23,369,347 | 77,683 | 23,291,663 |
| | 6 | 7,680,556 | 5.25% | 77,491 | 33,602 | 43,889 | 7,636,667 | 23,291,663 | 77,491 | 23,214,172 |
| | 7 | 7,636,667 | 5.25% | 77,299 | 33,410 | 43,889 | 7,592,778 | 23,214,172 | 77,299 | 23,136,873 |
| | 8 | 7,592,778 | 5.25% | 77,107 | 33,218 | 43,889 | 7,548,889 | 23,136,873 | 77,107 | 23,059,765 |
| | 9 | 7,548,889 | 5.25% | 76,915 | 33,026 | 43,889 | 7,505,000 | 23,059,765 | 76,915 | 22,982,850 |
| | 10 | 7,505,000 | 5.25% | 76,723 | 32,834 | 43,889 | 7,461,111 | 22,982,850 | 76,723 | 22,906,127 |
| | 11 | 7,461,111 | 5.89% | 80,535 | 36,646 | 43,889 | 7,417,222 | 22,906,127 | 80,535 | 22,825,591 |
| | 12 | 7,417,222 | 5.89% | 80,320 | 36,431 | 43,889 | 7,373,333 | 22,825,591 | 80,320 | 22,745,272 |
| YEAR 2 | 13 | 7,373,333 | 5.89% | 80,104 | 36,215 | 43,889 | 7,329,444 | 22,745,272 | 80,104 | 22,665,167 |
| | 14 | 7,329,444 | 5.89% | 79,889 | 36,000 | 43,889 | 7,285,556 | 22,665,167 | 79,889 | 22,585,279 |
| | 15 | 7,285,556 | 5.89% | 79,673 | 35,784 | 43,889 | 7,241,667 | 22,585,279 | 79,673 | 22,505,606 |
| | 16 | 7,241,667 | 5.89% | 79,458 | 35,569 | 43,889 | 7,197,778 | 22,505,606 | 79,458 | 22,426,148 |
| | 17 | 7,197,778 | 5.89% | 79,242 | 35,353 | 43,889 | 7,153,889 | 22,426,148 | 79,242 | 22,346,906 |
| | 18 | 7,153,889 | 5.89% | 79,026 | 35,138 | 43,889 | 7,110,000 | 22,346,906 | 79,026 | 22,267,880 |
| | 19 | 7,110,000 | 5.89% | 78,811 | 34,922 | 43,889 | 7,066,111 | 22,267,880 | 78,811 | 22,189,069 |
| | 20 | 7,066,111 | 5.89% | 78,595 | 34,706 | 43,889 | 7,022,222 | 22,189,069 | 78,595 | 22,110,473 |
| | 21 | 7,022,222 | 5.89% | 78,380 | 34,491 | 43,889 | 6,978,333 | 22,110,473 | 78,380 | 22,032,094 |
| | 22 | 6,978,333 | 5.89% | 78,164 | 34,275 | 43,889 | 6,934,444 | 22,032,094 | 78,164 | 21,953,930 |
| | 23 | 6,934,444 | 6.54% | 81,670 | 37,781 | 43,889 | 6,890,556 | 21,953,930 | 81,670 | 21,872,260 |
| | 24 | 6,890,556 | 6.54% | 81,431 | 37,542 | 43,889 | 6,846,667 | 21,872,260 | 81,431 | 21,790,829 |
| YEAR 3 | 25 | 6,846,667 | 6.54% | 81,192 | 37,303 | 43,889 | 6,802,778 | 21,790,829 | 81,192 | 21,709,637 |
| | 26 | 6,802,778 | 6.54% | 80,953 | 37,064 | 43,889 | 6,758,889 | 21,709,637 | 80,953 | 21,628,684 |
| | 27 | 6,758,889 | 6.54% | 80,714 | 36,825 | 43,889 | 6,715,000 | 21,628,684 | 80,714 | 21,547,971 |
| | 28 | 6,715,000 | 6.54% | 80,474 | 36,586 | 43,889 | 6,671,111 | 21,547,971 | 80,474 | 21,467,496 |
| | 29 | 6,671,111 | 6.54% | 80,235 | 36,346 | 43,889 | 6,627,222 | 21,467,496 | 80,235 | 21,387,261 |
| | 30 | 6,627,222 | 6.54% | 79,996 | 36,107 | 43,889 | 6,583,333 | 21,387,261 | 79,996 | 21,307,265 |
| | 31 | 6,583,333 | 6.54% | 79,757 | 35,868 | 43,889 | 6,539,444 | 21,307,265 | 79,757 | 21,227,508 |
| | 32 | 6,539,444 | 6.54% | 79,518 | 35,629 | 43,889 | 6,495,556 | 21,227,508 | 79,518 | 21,147,990 |
| | 33 | 6,495,556 | 6.54% | 79,279 | 35,390 | 43,889 | 6,451,667 | 21,147,990 | 79,279 | 21,068,711 |
| | 34 | 6,451,667 | 6.54% | 79,040 | 35,151 | 43,889 | 6,407,778 | 21,068,711 | 79,040 | 20,989,671 |
| | 35 | 6,407,778 | 7.18% | 82,239 | 38,351 | 43,889 | 6,363,889 | 20,989,671 | 82,239 | 20,907,432 |
| | 36 | 6,363,889 | 7.18% | 81,977 | 38,088 | 43,889 | 6,320,000 | 20,907,432 | 81,977 | 20,825,455 |

# Exhibit A.1 - Variable Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**
*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| | 37 | 6,320,000 | 7.18% | 81,714 | 37,825 | 43,889 | 6,276,111 | 20,825,455 | 81,714 | 20,743,741 |
| | 38 | 6,276,111 | 7.18% | 81,451 | 37,563 | 43,889 | 6,232,222 | 20,743,741 | 81,451 | 20,662,289 |
| | 39 | 6,232,222 | 7.18% | 81,189 | 37,300 | 43,889 | 6,188,333 | 20,662,289 | 81,189 | 20,581,101 |
| Y | 40 | 6,188,333 | 7.18% | 80,926 | 37,037 | 43,889 | 6,144,444 | 20,581,101 | 80,926 | 20,500,174 |
| E | 41 | 6,144,444 | 7.18% | 80,663 | 36,775 | 43,889 | 6,100,556 | 20,500,174 | 80,663 | 20,419,511 |
| A | 42 | 6,100,556 | 7.18% | 80,401 | 36,512 | 43,889 | 6,056,667 | 20,419,511 | 80,401 | 20,339,110 |
| R | 43 | 6,056,667 | 7.18% | 80,138 | 36,249 | 43,889 | 6,012,778 | 20,339,110 | 80,138 | 20,258,972 |
| | 44 | 6,012,778 | 7.18% | 79,875 | 35,986 | 43,889 | 5,968,889 | 20,258,972 | 79,875 | 20,179,097 |
| 4 | 45 | 5,968,889 | 7.18% | 79,613 | 35,724 | 43,889 | 5,925,000 | 20,179,097 | 79,613 | 20,099,484 |
| | 46 | 5,925,000 | 7.18% | 79,350 | 35,461 | 43,889 | 5,881,111 | 20,099,484 | 79,350 | 20,020,134 |
| | 47 | 5,881,111 | 7.83% | 82,244 | 38,355 | 43,889 | 5,837,222 | 20,020,134 | 82,244 | 19,937,891 |
| | 48 | 5,837,222 | 7.83% | 81,957 | 38,068 | 43,889 | 5,793,333 | 19,937,891 | 81,957 | 19,855,933 |
| | 49 | 5,793,333 | 7.83% | 81,671 | 37,782 | 43,889 | 5,749,444 | 19,855,933 | 81,671 | 19,774,262 |
| | 50 | 5,749,444 | 7.83% | 81,385 | 37,496 | 43,889 | 5,705,556 | 19,774,262 | 81,385 | 19,692,878 |
| | 51 | 5,705,556 | 7.83% | 81,099 | 37,210 | 43,889 | 5,661,667 | 19,692,878 | 81,099 | 19,611,779 |
| Y | 52 | 5,661,667 | 7.83% | 80,812 | 36,924 | 43,889 | 5,617,778 | 19,611,779 | 80,812 | 19,530,967 |
| E | 53 | 5,617,778 | 7.83% | 80,526 | 36,637 | 43,889 | 5,573,889 | 19,530,967 | 80,526 | 19,450,440 |
| A | 54 | 5,573,889 | 7.83% | 80,240 | 36,351 | 43,889 | 5,530,000 | 19,450,440 | 80,240 | 19,370,200 |
| R | 55 | 5,530,000 | 7.83% | 79,954 | 36,065 | 43,889 | 5,486,111 | 19,370,200 | 79,954 | 19,290,247 |
| | 56 | 5,486,111 | 7.83% | 79,667 | 35,779 | 43,889 | 5,442,222 | 19,290,247 | 79,667 | 19,210,579 |
| 5 | 57 | 5,442,222 | 7.83% | 79,381 | 35,492 | 43,889 | 5,398,333 | 19,210,579 | 79,381 | 19,131,198 |
| | 58 | 5,398,333 | 7.83% | 79,095 | 35,206 | 43,889 | 5,354,444 | 19,131,198 | 79,095 | 19,052,103 |
| | 59 | 5,354,444 | 8.47% | 81,682 | 37,793 | 43,889 | 5,310,556 | 19,052,103 | 81,682 | 18,970,421 |
| | 60 | 5,310,556 | 8.47% | 81,373 | 37,484 | 43,889 | 5,266,667 | 18,970,421 | 81,373 | 18,889,048 |
| | 61 | 5,266,667 | 8.47% | 81,063 | 37,174 | 43,889 | 5,222,778 | 18,889,048 | 81,063 | 18,807,985 |
| | 62 | 5,222,778 | 8.47% | 80,753 | 36,864 | 43,889 | 5,178,889 | 18,807,985 | 80,753 | 18,727,232 |
| | 63 | 5,178,889 | 8.47% | 80,443 | 36,554 | 43,889 | 5,135,000 | 18,727,232 | 80,443 | 18,646,789 |
| Y | 64 | 5,135,000 | 8.47% | 80,133 | 36,245 | 43,889 | 5,091,111 | 18,646,789 | 80,133 | 18,566,656 |
| E | 65 | 5,091,111 | 8.47% | 79,824 | 35,935 | 43,889 | 5,047,222 | 18,566,656 | 79,824 | 18,486,832 |
| A | 66 | 5,047,222 | 8.47% | 79,514 | 35,625 | 43,889 | 5,003,333 | 18,486,832 | 79,514 | 18,407,318 |
| R | 67 | 5,003,333 | 8.47% | 79,204 | 35,315 | 43,889 | 4,959,444 | 18,407,318 | 79,204 | 18,328,114 |
| | 68 | 4,959,444 | 8.47% | 78,894 | 35,005 | 43,889 | 4,915,556 | 18,328,114 | 78,894 | 18,249,220 |
| 6 | 69 | 4,915,556 | 8.47% | 78,585 | 34,696 | 43,889 | 4,871,667 | 18,249,220 | 78,585 | 18,170,635 |
| | 70 | 4,871,667 | 8.47% | 78,275 | 34,386 | 43,889 | 4,827,778 | 18,170,635 | 78,275 | 18,092,360 |
| | 71 | 4,827,778 | 9.11% | 80,556 | 36,667 | 43,889 | 4,783,889 | 18,092,360 | 80,556 | 18,011,805 |
| | 72 | 4,783,889 | 9.11% | 80,223 | 36,334 | 43,889 | 4,740,000 | 18,011,805 | 80,223 | 17,931,582 |

# Exhibit A.1 - Variable Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**
*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| | 73 | 4,740,000 | 9.11% | 79,889 | 36,000 | 43,889 | 4,696,111 | 17,931,582 | 79,889 | 17,851,693 |
| | 74 | 4,696,111 | 9.11% | 79,556 | 35,667 | 43,889 | 4,652,222 | 17,851,693 | 79,556 | 17,772,137 |
| | 75 | 4,652,222 | 9.11% | 79,223 | 35,334 | 43,889 | 4,608,333 | 17,772,137 | 79,223 | 17,692,915 |
| Y | 76 | 4,608,333 | 9.11% | 78,889 | 35,000 | 43,889 | 4,564,444 | 17,692,915 | 78,889 | 17,614,025 |
| E | 77 | 4,564,444 | 9.11% | 78,556 | 34,667 | 43,889 | 4,520,556 | 17,614,025 | 78,556 | 17,535,470 |
| A | 78 | 4,520,556 | 9.11% | 78,223 | 34,334 | 43,889 | 4,476,667 | 17,535,470 | 78,223 | 17,457,247 |
| R | 79 | 4,476,667 | 9.11% | 77,889 | 34,000 | 43,889 | 4,432,778 | 17,457,247 | 77,889 | 17,379,358 |
| | 80 | 4,432,778 | 9.11% | 77,556 | 33,667 | 43,889 | 4,388,889 | 17,379,358 | 77,556 | 17,301,802 |
| 7 | 81 | 4,388,889 | 9.11% | 77,222 | 33,334 | 43,889 | 4,345,000 | 17,301,802 | 77,222 | 17,224,580 |
| | 82 | 4,345,000 | 9.11% | 76,889 | 33,000 | 43,889 | 4,301,111 | 17,224,580 | 76,889 | 17,147,690 |
| | 83 | 4,301,111 | 9.76% | 78,864 | 34,975 | 43,889 | 4,257,222 | 17,147,690 | 78,864 | 17,068,826 |
| | 84 | 4,257,222 | 9.76% | 78,507 | 34,618 | 43,889 | 4,213,333 | 17,068,826 | 78,507 | 16,990,319 |
| | 85 | 4,213,333 | 9.76% | 78,150 | 34,261 | 43,889 | 4,169,444 | 16,990,319 | 78,150 | 16,912,169 |
| | 86 | 4,169,444 | 9.76% | 77,793 | 33,905 | 43,889 | 4,125,556 | 16,912,169 | 77,793 | 16,834,375 |
| | 87 | 4,125,556 | 9.76% | 77,437 | 33,548 | 43,889 | 4,081,667 | 16,834,375 | 77,437 | 16,756,939 |
| Y | 88 | 4,081,667 | 9.76% | 77,080 | 33,191 | 43,889 | 4,037,778 | 16,756,939 | 77,080 | 16,679,859 |
| E | 89 | 4,037,778 | 9.76% | 76,723 | 32,834 | 43,889 | 3,993,889 | 16,679,859 | 76,723 | 16,603,136 |
| A | 90 | 3,993,889 | 9.76% | 76,366 | 32,477 | 43,889 | 3,950,000 | 16,603,136 | 76,366 | 16,526,771 |
| R | 91 | 3,950,000 | 9.76% | 76,009 | 32,120 | 43,889 | 3,906,111 | 16,526,771 | 76,009 | 16,450,762 |
| | 92 | 3,906,111 | 9.76% | 75,652 | 31,763 | 43,889 | 3,862,222 | 16,450,762 | 75,652 | 16,375,109 |
| 8 | 93 | 3,862,222 | 9.76% | 75,295 | 31,406 | 43,889 | 3,818,333 | 16,375,109 | 75,295 | 16,299,814 |
| | 94 | 3,818,333 | 9.76% | 74,938 | 31,049 | 43,889 | 3,774,444 | 16,299,814 | 74,938 | 16,224,876 |
| | 95 | 3,774,444 | 10.40% | 76,607 | 32,718 | 43,889 | 3,730,556 | 16,224,876 | 76,607 | 16,148,269 |
| | 96 | 3,730,556 | 10.40% | 76,227 | 32,338 | 43,889 | 3,686,667 | 16,148,269 | 76,227 | 16,072,042 |
| | 97 | 3,686,667 | 10.40% | 75,846 | 31,957 | 43,889 | 3,642,778 | 16,072,042 | 75,846 | 15,996,196 |
| | 98 | 3,642,778 | 10.40% | 75,466 | 31,577 | 43,889 | 3,598,889 | 15,996,196 | 75,466 | 15,920,731 |
| | 99 | 3,598,889 | 10.40% | 75,085 | 31,196 | 43,889 | 3,555,000 | 15,920,731 | 75,085 | 15,845,645 |
| Y | 100 | 3,555,000 | 10.40% | 74,705 | 30,816 | 43,889 | 3,511,111 | 15,845,645 | 74,705 | 15,770,940 |
| E | 101 | 3,511,111 | 10.40% | 74,324 | 30,435 | 43,889 | 3,467,222 | 15,770,940 | 74,324 | 15,696,616 |
| A | 102 | 3,467,222 | 10.40% | 73,944 | 30,055 | 43,889 | 3,423,333 | 15,696,616 | 73,944 | 15,622,672 |
| R | 103 | 3,423,333 | 10.40% | 73,563 | 29,675 | 43,889 | 3,379,444 | 15,622,672 | 73,563 | 15,549,109 |
| | 104 | 3,379,444 | 10.40% | 73,183 | 29,294 | 43,889 | 3,335,556 | 15,549,109 | 73,183 | 15,475,926 |
| 9 | 105 | 3,335,556 | 10.40% | 72,803 | 28,914 | 43,889 | 3,291,667 | 15,475,926 | 72,803 | 15,403,123 |
| | 106 | 3,291,667 | 10.40% | 72,422 | 28,533 | 43,889 | 3,247,778 | 15,403,123 | 72,422 | 15,330,701 |
| | 107 | 3,247,778 | 11.05% | 73,785 | 29,896 | 43,889 | 3,203,889 | 15,330,701 | 73,785 | 15,256,916 |
| | 108 | 3,203,889 | 11.05% | 73,381 | 29,492 | 43,889 | 3,160,000 | 15,256,916 | 73,381 | 15,183,536 |

# Exhibit A.1 - Variable Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| YEAR 10 | 109 | 3,160,000 | 11.05% | 72,977 | 29,088 | 43,889 | 3,116,111 | 15,183,536 | 72,977 | 15,110,559 |
| | 110 | 3,116,111 | 11.05% | 72,573 | 28,684 | 43,889 | 3,072,222 | 15,110,559 | 72,573 | 15,037,986 |
| | 111 | 3,072,222 | 11.05% | 72,169 | 28,280 | 43,889 | 3,028,333 | 15,037,986 | 72,169 | 14,965,817 |
| | 112 | 3,028,333 | 11.05% | 71,765 | 27,876 | 43,889 | 2,984,444 | 14,965,817 | 71,765 | 14,894,053 |
| | 113 | 2,984,444 | 11.05% | 71,361 | 27,472 | 43,889 | 2,940,556 | 14,894,053 | 71,361 | 14,822,692 |
| | 114 | 2,940,556 | 11.05% | 70,957 | 27,068 | 43,889 | 2,896,667 | 14,822,692 | 70,957 | 14,751,735 |
| | 115 | 2,896,667 | 11.05% | 70,553 | 26,664 | 43,889 | 2,852,778 | 14,751,735 | 70,553 | 14,681,183 |
| | 116 | 2,852,778 | 11.05% | 70,149 | 26,260 | 43,889 | 2,808,889 | 14,681,183 | 70,149 | 14,611,034 |
| | 117 | 2,808,889 | 11.05% | 69,745 | 25,856 | 43,889 | 2,765,000 | 14,611,034 | 69,745 | 14,541,289 |
| | 118 | 2,765,000 | 11.05% | 69,341 | 25,452 | 43,889 | 2,721,111 | 14,541,289 | 69,341 | 14,471,948 |
| | 119 | 2,721,111 | 11.05% | 68,937 | 25,048 | 43,889 | 2,677,222 | 14,471,948 | 68,937 | 14,403,012 |
| | 120 | 2,677,222 | 11.05% | 68,533 | 24,644 | 43,889 | 2,633,333 | 14,403,012 | 68,533 | 14,334,479 |
| YEAR 11 | 121 | 2,633,333 | 11.05% | 68,129 | 24,240 | 43,889 | 2,589,444 | 14,334,479 | 68,129 | 14,266,350 |
| | 122 | 2,589,444 | 11.05% | 67,725 | 23,836 | 43,889 | 2,545,556 | 14,266,350 | 67,725 | 14,198,626 |
| | 123 | 2,545,556 | 11.05% | 67,321 | 23,432 | 43,889 | 2,501,667 | 14,198,626 | 67,321 | 14,131,305 |
| | 124 | 2,501,667 | 11.05% | 66,917 | 23,028 | 43,889 | 2,457,778 | 14,131,305 | 66,917 | 14,064,388 |
| | 125 | 2,457,778 | 11.05% | 66,513 | 22,624 | 43,889 | 2,413,889 | 14,064,388 | 66,513 | 13,997,875 |
| | 126 | 2,413,889 | 11.05% | 66,109 | 22,220 | 43,889 | 2,370,000 | 13,997,875 | 66,109 | 13,931,767 |
| | 127 | 2,370,000 | 11.05% | 65,705 | 21,816 | 43,889 | 2,326,111 | 13,931,767 | 65,705 | 13,866,062 |
| | 128 | 2,326,111 | 11.05% | 65,301 | 21,412 | 43,889 | 2,282,222 | 13,866,062 | 65,301 | 13,800,761 |
| | 129 | 2,282,222 | 11.05% | 64,897 | 21,008 | 43,889 | 2,238,333 | 13,800,761 | 64,897 | 13,735,864 |
| | 130 | 2,238,333 | 11.05% | 64,493 | 20,604 | 43,889 | 2,194,444 | 13,735,864 | 64,493 | 13,671,372 |
| | 131 | 2,194,444 | 11.05% | 64,089 | 20,200 | 43,889 | 2,150,556 | 13,671,372 | 64,089 | 13,607,283 |
| | 132 | 2,150,556 | 11.05% | 63,685 | 19,796 | 43,889 | 2,106,667 | 13,607,283 | 63,685 | 13,543,598 |
| YEAR 12 | 133 | 2,106,667 | 11.05% | 63,281 | 19,392 | 43,889 | 2,062,778 | 13,543,598 | 63,281 | 13,480,317 |
| | 134 | 2,062,778 | 11.05% | 62,877 | 18,988 | 43,889 | 2,018,889 | 13,480,317 | 62,877 | 13,417,441 |
| | 135 | 2,018,889 | 11.05% | 62,473 | 18,584 | 43,889 | 1,975,000 | 13,417,441 | 62,473 | 13,354,968 |
| | 136 | 1,975,000 | 11.05% | 62,069 | 18,180 | 43,889 | 1,931,111 | 13,354,968 | 62,069 | 13,292,899 |
| | 137 | 1,931,111 | 11.05% | 61,665 | 17,776 | 43,889 | 1,887,222 | 13,292,899 | 61,665 | 13,231,234 |
| | 138 | 1,887,222 | 11.05% | 61,261 | 17,372 | 43,889 | 1,843,333 | 13,231,234 | 61,261 | 13,169,974 |
| | 139 | 1,843,333 | 11.05% | 60,857 | 16,968 | 43,889 | 1,799,444 | 13,169,974 | 60,857 | 13,109,117 |
| | 140 | 1,799,444 | 11.05% | 60,453 | 16,564 | 43,889 | 1,755,556 | 13,109,117 | 60,453 | 13,048,664 |
| | 141 | 1,755,556 | 11.05% | 60,049 | 16,160 | 43,889 | 1,711,667 | 13,048,664 | 60,049 | 12,988,615 |
| | 142 | 1,711,667 | 11.05% | 59,645 | 15,756 | 43,889 | 1,667,778 | 12,988,615 | 59,645 | 12,928,971 |
| | 143 | 1,667,778 | 11.05% | 59,241 | 15,352 | 43,889 | 1,623,889 | 12,928,971 | 59,241 | 12,869,730 |
| | 144 | 1,623,889 | 11.05% | 58,837 | 14,948 | 43,889 | 1,580,000 | 12,869,730 | 58,837 | 12,810,893 |

# Exhibit A.1 - Variable Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

***January 10, 2011***

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| YEAR 13 | 145 | 1,580,000 | 11.05% | 58,433 | 14,544 | 43,889 | 1,536,111 | 12,810,893 | 58,433 | 12,752,460 |
| | 146 | 1,536,111 | 11.05% | 58,029 | 14,140 | 43,889 | 1,492,222 | 12,752,460 | 58,029 | 12,694,431 |
| | 147 | 1,492,222 | 11.05% | 57,625 | 13,736 | 43,889 | 1,448,333 | 12,694,431 | 57,625 | 12,636,807 |
| | 148 | 1,448,333 | 11.05% | 57,221 | 13,332 | 43,889 | 1,404,444 | 12,636,807 | 57,221 | 12,579,586 |
| | 149 | 1,404,444 | 11.05% | 56,817 | 12,928 | 43,889 | 1,360,556 | 12,579,586 | 56,817 | 12,522,769 |
| | 150 | 1,360,556 | 11.05% | 56,413 | 12,524 | 43,889 | 1,316,667 | 12,522,769 | 56,413 | 12,466,356 |
| | 151 | 1,316,667 | 11.05% | 56,009 | 12,120 | 43,889 | 1,272,778 | 12,466,356 | 56,009 | 12,410,347 |
| | 152 | 1,272,778 | 11.05% | 55,605 | 11,716 | 43,889 | 1,228,889 | 12,410,347 | 55,605 | 12,354,743 |
| | 153 | 1,228,889 | 11.05% | 55,201 | 11,312 | 43,889 | 1,185,000 | 12,354,743 | 55,201 | 12,299,542 |
| | 154 | 1,185,000 | 11.05% | 54,797 | 10,908 | 43,889 | 1,141,111 | 12,299,542 | 54,797 | 12,244,745 |
| | 155 | 1,141,111 | 11.05% | 54,393 | 10,504 | 43,889 | 1,097,222 | 12,244,745 | 54,393 | 12,190,352 |
| | 156 | 1,097,222 | 11.05% | 53,989 | 10,100 | 43,889 | 1,053,333 | 12,190,352 | 53,989 | 12,136,363 |
| YEAR 14 | 157 | 1,053,333 | 11.05% | 53,585 | 9,696 | 43,889 | 1,009,444 | 12,136,363 | 53,585 | 12,082,778 |
| | 158 | 1,009,444 | 11.05% | 53,181 | 9,292 | 43,889 | 965,556 | 12,082,778 | 53,181 | 12,029,598 |
| | 159 | 965,556 | 11.05% | 52,777 | 8,888 | 43,889 | 921,667 | 12,029,598 | 52,777 | 11,976,821 |
| | 160 | 921,667 | 11.05% | 52,373 | 8,484 | 43,889 | 877,778 | 11,976,821 | 52,373 | 11,924,448 |
| | 161 | 877,778 | 11.05% | 51,969 | 8,080 | 43,889 | 833,889 | 11,924,448 | 51,969 | 11,872,479 |
| | 162 | 833,889 | 11.05% | 51,565 | 7,676 | 43,889 | 790,000 | 11,872,479 | 51,565 | 11,820,914 |
| | 163 | 790,000 | 11.05% | 51,161 | 7,272 | 43,889 | 746,111 | 11,820,914 | 51,161 | 11,769,753 |
| | 164 | 746,111 | 11.05% | 50,757 | 6,868 | 43,889 | 702,222 | 11,769,753 | 50,757 | 11,718,997 |
| | 165 | 702,222 | 11.05% | 50,353 | 6,464 | 43,889 | 658,333 | 11,718,997 | 50,353 | 11,668,644 |
| | 166 | 658,333 | 11.05% | 49,949 | 6,060 | 43,889 | 614,444 | 11,668,644 | 49,949 | 11,618,695 |
| | 167 | 614,444 | 11.05% | 49,545 | 5,656 | 43,889 | 570,556 | 11,618,695 | 49,545 | 11,569,150 |
| | 168 | 570,556 | 11.05% | 49,141 | 5,252 | 43,889 | 526,667 | 11,569,150 | 49,141 | 11,520,009 |
| YEAR 15 | 169 | 526,667 | 11.05% | 48,737 | 4,848 | 43,889 | 482,778 | 11,520,009 | 48,737 | 11,471,272 |
| | 170 | 482,778 | 11.05% | 48,333 | 4,444 | 43,889 | 438,889 | 11,471,272 | 48,333 | 11,422,940 |
| | 171 | 438,889 | 11.05% | 47,929 | 4,040 | 43,889 | 395,000 | 11,422,940 | 47,929 | 11,375,011 |
| | 172 | 395,000 | 11.05% | 47,525 | 3,636 | 43,889 | 351,111 | 11,375,011 | 47,525 | 11,327,486 |
| | 173 | 351,111 | 11.05% | 47,121 | 3,232 | 43,889 | 307,222 | 11,327,486 | 47,121 | 11,280,365 |
| | 174 | 307,222 | 11.05% | 46,717 | 2,828 | 43,889 | 263,333 | 11,280,365 | 46,717 | 11,233,648 |
| | 175 | 263,333 | 11.05% | 46,313 | 2,424 | 43,889 | 219,444 | 11,233,648 | 46,313 | 11,187,335 |
| | 176 | 219,444 | 11.05% | 45,909 | 2,020 | 43,889 | 175,556 | 11,187,335 | 45,909 | 11,141,426 |
| | 177 | 175,556 | 11.05% | 45,505 | 1,616 | 43,889 | 131,667 | 11,141,426 | 45,505 | 11,095,921 |
| | 178 | 131,667 | 11.05% | 45,101 | 1,212 | 43,889 | 87,778 | 11,095,921 | 45,101 | 11,050,821 |
| | 179 | 87,778 | 11.05% | 44,697 | 808 | 43,889 | 43,889 | 11,050,821 | 44,697 | 11,006,124 |
| | 180 | 43,889 | 11.05% | 44,293 | 404 | 43,889 | (0) | 11,006,124 | 44,293 | 10,961,831 |
| | Totals | | | $ 12,720,169 | $ 4,820,169 | $ 7,900,000 | | | $ 12,720,169 | |

# Exhibit B - Fixed Interest Rate Analysis

## CW Capital - North Bay Village

**Comparative Analysis**
***January 10, 2011***

**Scenario: 1** **Debtor's Plan: Interest fixed at 5.25%, 15 year straight-line amortization, 10-year balloon payment, all payments reduce principal balance**

| Tenant | Budget Year 1 | Budget Year 2 | Budget Year 3 | Budget Year 4 | Budget Year 5 | Budget Year 6 | Budget Year 7 | Budget Year 8 | Budget Year 9 | Budget Year 10 [5] |
|---|---|---|---|---|---|---|---|---|---|---|
| Robb & Stucky | $ 764,872 | $ 773,569 | $ 782,512 | $ 791,709 | $ 801,166 | $ 802,786 | $ 804,440 | $ 806,126 | $ 807,846 | $ 809,601 |
| Edible Arrangements | 22,786 | 24,742 | 25,423 | 26,129 | 26,800 | 27,604 | 28,432 | 29,285 | 30,164 | 31,069 |
| Salon Alfredos | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 | 33,962 |
| Bonefish Grill | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 | 140,170 |
| Chiodo | - | - | - | - | - | - | - | - | - | - |
| Reyes Eye | 21,487 | 28,652 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 | 29,830 |
| Mattress Giant | 101,252 | 32,650 | 98,928 | 101,896 | 104,953 | 108,102 | 111,345 | 114,685 | 118,126 | 121,670 |
| Zylomed | 28,576 | - | - | - | - | - | - | - | - | - |
| Acosta | 38,161 | 39,076 | 39,991 | 40,905 | 41,846 | 42,809 | 43,793 | 44,801 | 45,831 | 46,885 |
| First Watch | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 | 88,023 |
| Bonita Daily | 42,288 | 43,224 | 44,160 | 45,096 | 45,998 | 46,918 | 47,856 | 48,813 | 49,789 | 50,785 |
| Pelican Bay Dev | - | - | - | - | - | - | - | - | - | - |
| New Tenants | 85,756 | 195,601 | 216,347 | 255,674 | 308,429 | 466,750 | 469,262 | 471,849 | 474,513 | 477,258 |
| Base Rents [1] | 1,367,333 | 1,399,669 | 1,499,346 | 1,553,394 | 1,621,177 | 1,786,954 | 1,797,113 | 1,807,544 | 1,818,254 | 1,829,253 |
| Vacancy & Collection Loss | | | | | | | | | | |
| Adjusted Gross Income Comparison | 1,367,333 | 1,399,669 | 1,499,346 | 1,553,394 | 1,621,177 | 1,786,954 | 1,797,113 | 1,807,544 | 1,818,254 | 1,829,253 |
| Operating Expenses | 528,024 | 537,993 | 551,306 | 562,498 | 574,531 | 592,057 | 601,981 | 612,092 | 622,405 | 632,917 |
| Net Operating Income | 839,309 | 861,676 | 948,040 | 990,896 | 1,046,646 | 1,194,897 | 1,195,132 | 1,195,452 | 1,195,849 | 1,196,336 |
| T/I, Commissions, and reserves | 55,000 | 80,000 | 150,000 | 150,000 | 150,000 | 103,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| | | | | | | - | - | - | - | - |
| Net Cash before Debt Service [2] | 784,309 | 781,676 | 798,040 | 840,896 | 896,646 | 1,091,897 | 1,145,132 | 1,145,452 | 1,145,849 | 10,412,552 |
| Class 2 Payments | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | | | | | |
| Interest Payments [3] | 402,077 | 374,427 | 346,777 | 319,127 | 291,477 | 263,827 | 236,177 | 208,527 | 180,877 | 153,227 |
| Principal Payments [4] | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 526,667 | 16,165,479 |
| Cash flow to Equity | (179,435) | (154,418) | (110,404) | (39,898) | 43,502 | 301,403 | 382,288 | 410,258 | 438,305 | (5,906,154) |
| Cumulative cash to Equity | $ (179,435) | $ (333,853) | $ (444,256) | $ (484,154) | $ (440,652) | $ (139,248) | $ 243,040 | $ 653,298 | $ 1,091,603 | $ (4,814,551) |
| | | | | | | | | | Value @ 12% cap rate | $ 9,266,216 |

[1] Budget revenue does not separate base rents from CAM reimbursement.
[2] Reversion in Year 10 is based on appraiser's reversion value assuming stabilized income, 12% reversion, and 3% selling costs.
[3] Interest payments are based on estimated Prime Rate + 2% at the secured amount of $7.9 million.
[4] Principal payments are based on a 180-month straight line amortization at the secured amount of $7.9 million yielding $43,889 per month.
[5] Year 10 assumes 12 months of operations and sale of property with proceeds to pay off the net claim less prior plan payments.

## Exhibit B.1 - Fixed Interest Rate Amortization Schedule

### CW Capital - North Bay Village

**Amortization Schedule**

*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| | 1 | $ 7,900,000 | 5.25% | $ 78,451 | $ 34,563 | $ 43,889 | $ 7,856,111 | $ 23,682,000 | $ 78,451 | $ 23,603,549 |
| | 2 | 7,856,111 | 5.25% | 78,259 | 34,370 | 43,889 | 7,812,222 | 23,603,549 | 78,259 | 23,525,289 |
| | 3 | 7,812,222 | 5.25% | 78,067 | 34,178 | 43,889 | 7,768,333 | 23,525,289 | 78,067 | 23,447,222 |
| Y | 4 | 7,768,333 | 5.25% | 77,875 | 33,986 | 43,889 | 7,724,444 | 23,447,222 | 77,875 | 23,369,347 |
| E | 5 | 7,724,444 | 5.25% | 77,683 | 33,794 | 43,889 | 7,680,556 | 23,369,347 | 77,683 | 23,291,663 |
| A | 6 | 7,680,556 | 5.25% | 77,491 | 33,602 | 43,889 | 7,636,667 | 23,291,663 | 77,491 | 23,214,172 |
| R | 7 | 7,636,667 | 5.25% | 77,299 | 33,410 | 43,889 | 7,592,778 | 23,214,172 | 77,299 | 23,136,873 |
| | 8 | 7,592,778 | 5.25% | 77,107 | 33,218 | 43,889 | 7,548,889 | 23,136,873 | 77,107 | 23,059,765 |
| 1 | 9 | 7,548,889 | 5.25% | 76,915 | 33,026 | 43,889 | 7,505,000 | 23,059,765 | 76,915 | 22,982,850 |
| | 10 | 7,505,000 | 5.25% | 76,723 | 32,834 | 43,889 | 7,461,111 | 22,982,850 | 76,723 | 22,906,127 |
| | 11 | 7,461,111 | 5.25% | 76,531 | 32,642 | 43,889 | 7,417,222 | 22,906,127 | 76,531 | 22,829,595 |
| | 12 | 7,417,222 | 5.25% | 76,339 | 32,450 | 43,889 | 7,373,333 | 22,829,595 | 76,339 | 22,753,256 |
| | 13 | 7,373,333 | 5.25% | 76,147 | 32,258 | 43,889 | 7,329,444 | 22,753,256 | 76,147 | 22,677,109 |
| | 14 | 7,329,444 | 5.25% | 75,955 | 32,066 | 43,889 | 7,285,556 | 22,677,109 | 75,955 | 22,601,154 |
| | 15 | 7,285,556 | 5.25% | 75,763 | 31,874 | 43,889 | 7,241,667 | 22,601,154 | 75,763 | 22,525,391 |
| Y | 16 | 7,241,667 | 5.25% | 75,571 | 31,682 | 43,889 | 7,197,778 | 22,525,391 | 75,571 | 22,449,819 |
| E | 17 | 7,197,778 | 5.25% | 75,379 | 31,490 | 43,889 | 7,153,889 | 22,449,819 | 75,379 | 22,374,440 |
| A | 18 | 7,153,889 | 5.25% | 75,187 | 31,298 | 43,889 | 7,110,000 | 22,374,440 | 75,187 | 22,299,253 |
| R | 19 | 7,110,000 | 5.25% | 74,995 | 31,106 | 43,889 | 7,066,111 | 22,299,253 | 74,995 | 22,224,258 |
| | 20 | 7,066,111 | 5.25% | 74,803 | 30,914 | 43,889 | 7,022,222 | 22,224,258 | 74,803 | 22,149,455 |
| 2 | 21 | 7,022,222 | 5.25% | 74,611 | 30,722 | 43,889 | 6,978,333 | 22,149,455 | 74,611 | 22,074,844 |
| | 22 | 6,978,333 | 5.25% | 74,419 | 30,530 | 43,889 | 6,934,444 | 22,074,844 | 74,419 | 22,000,425 |
| | 23 | 6,934,444 | 5.25% | 74,227 | 30,338 | 43,889 | 6,890,556 | 22,000,425 | 74,227 | 21,926,198 |
| | 24 | 6,890,556 | 5.25% | 74,035 | 30,146 | 43,889 | 6,846,667 | 21,926,198 | 74,035 | 21,852,163 |
| | 25 | 6,846,667 | 5.25% | 73,843 | 29,954 | 43,889 | 6,802,778 | 21,852,163 | 73,843 | 21,778,319 |
| | 26 | 6,802,778 | 5.25% | 73,651 | 29,762 | 43,889 | 6,758,889 | 21,778,319 | 73,651 | 21,704,668 |
| | 27 | 6,758,889 | 5.25% | 73,459 | 29,570 | 43,889 | 6,715,000 | 21,704,668 | 73,459 | 21,631,209 |
| Y | 28 | 6,715,000 | 5.25% | 73,267 | 29,378 | 43,889 | 6,671,111 | 21,631,209 | 73,267 | 21,557,942 |
| E | 29 | 6,671,111 | 5.25% | 73,075 | 29,186 | 43,889 | 6,627,222 | 21,557,942 | 73,075 | 21,484,867 |
| A | 30 | 6,627,222 | 5.25% | 72,883 | 28,994 | 43,889 | 6,583,333 | 21,484,867 | 72,883 | 21,411,984 |
| R | 31 | 6,583,333 | 5.25% | 72,691 | 28,802 | 43,889 | 6,539,444 | 21,411,984 | 72,691 | 21,339,293 |
| | 32 | 6,539,444 | 5.25% | 72,499 | 28,610 | 43,889 | 6,495,556 | 21,339,293 | 72,499 | 21,266,794 |
| 3 | 33 | 6,495,556 | 5.25% | 72,307 | 28,418 | 43,889 | 6,451,667 | 21,266,794 | 72,307 | 21,194,488 |
| | 34 | 6,451,667 | 5.25% | 72,115 | 28,226 | 43,889 | 6,407,778 | 21,194,488 | 72,115 | 21,122,373 |
| | 35 | 6,407,778 | 5.25% | 71,923 | 28,034 | 43,889 | 6,363,889 | 21,122,373 | 71,923 | 21,050,450 |
| | 36 | 6,363,889 | 5.25% | 71,731 | 27,842 | 43,889 | 6,320,000 | 21,050,450 | 71,731 | 20,978,719 |

# Exhibit B.1 - Fixed Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

***January 10, 2011***

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| | 37 | 6,320,000 | 5.25% | 71,539 | 27,650 | 43,889 | 6,276,111 | 20,978,719 | 71,539 | 20,907,180 |
| | 38 | 6,276,111 | 5.25% | 71,347 | 27,458 | 43,889 | 6,232,222 | 20,907,180 | 71,347 | 20,835,833 |
| | 39 | 6,232,222 | 5.25% | 71,155 | 27,266 | 43,889 | 6,188,333 | 20,835,833 | 71,155 | 20,764,678 |
| Y | 40 | 6,188,333 | 5.25% | 70,963 | 27,074 | 43,889 | 6,144,444 | 20,764,678 | 70,963 | 20,693,715 |
| E | 41 | 6,144,444 | 5.25% | 70,771 | 26,882 | 43,889 | 6,100,556 | 20,693,715 | 70,771 | 20,622,944 |
| A | 42 | 6,100,556 | 5.25% | 70,579 | 26,690 | 43,889 | 6,056,667 | 20,622,944 | 70,579 | 20,552,366 |
| R | 43 | 6,056,667 | 5.25% | 70,387 | 26,498 | 43,889 | 6,012,778 | 20,552,366 | 70,387 | 20,481,979 |
| | 44 | 6,012,778 | 5.25% | 70,195 | 26,306 | 43,889 | 5,968,889 | 20,481,979 | 70,195 | 20,411,784 |
| 4 | 45 | 5,968,889 | 5.25% | 70,003 | 26,114 | 43,889 | 5,925,000 | 20,411,784 | 70,003 | 20,341,781 |
| | 46 | 5,925,000 | 5.25% | 69,811 | 25,922 | 43,889 | 5,881,111 | 20,341,781 | 69,811 | 20,271,970 |
| | 47 | 5,881,111 | 5.25% | 69,619 | 25,730 | 43,889 | 5,837,222 | 20,271,970 | 69,619 | 20,202,352 |
| | 48 | 5,837,222 | 5.25% | 69,427 | 25,538 | 43,889 | 5,793,333 | 20,202,352 | 69,427 | 20,132,925 |
| | 49 | 5,793,333 | 5.25% | 69,235 | 25,346 | 43,889 | 5,749,444 | 20,132,925 | 69,235 | 20,063,690 |
| | 50 | 5,749,444 | 5.25% | 69,043 | 25,154 | 43,889 | 5,705,556 | 20,063,690 | 69,043 | 19,994,648 |
| | 51 | 5,705,556 | 5.25% | 68,851 | 24,962 | 43,889 | 5,661,667 | 19,994,648 | 68,851 | 19,925,797 |
| Y | 52 | 5,661,667 | 5.25% | 68,659 | 24,770 | 43,889 | 5,617,778 | 19,925,797 | 68,659 | 19,857,138 |
| E | 53 | 5,617,778 | 5.25% | 68,467 | 24,578 | 43,889 | 5,573,889 | 19,857,138 | 68,467 | 19,788,672 |
| A | 54 | 5,573,889 | 5.25% | 68,275 | 24,386 | 43,889 | 5,530,000 | 19,788,672 | 68,275 | 19,720,397 |
| R | 55 | 5,530,000 | 5.25% | 68,083 | 24,194 | 43,889 | 5,486,111 | 19,720,397 | 68,083 | 19,652,314 |
| | 56 | 5,486,111 | 5.25% | 67,891 | 24,002 | 43,889 | 5,442,222 | 19,652,314 | 67,891 | 19,584,424 |
| 5 | 57 | 5,442,222 | 5.25% | 67,699 | 23,810 | 43,889 | 5,398,333 | 19,584,424 | 67,699 | 19,516,725 |
| | 58 | 5,398,333 | 5.25% | 67,507 | 23,618 | 43,889 | 5,354,444 | 19,516,725 | 67,507 | 19,449,218 |
| | 59 | 5,354,444 | 5.25% | 67,315 | 23,426 | 43,889 | 5,310,556 | 19,449,218 | 67,315 | 19,381,904 |
| | 60 | 5,310,556 | 5.25% | 67,123 | 23,234 | 43,889 | 5,266,667 | 19,381,904 | 67,123 | 19,314,781 |
| | 61 | 5,266,667 | 5.25% | 66,931 | 23,042 | 43,889 | 5,222,778 | 19,314,781 | 66,931 | 19,247,851 |
| | 62 | 5,222,778 | 5.25% | 66,739 | 22,850 | 43,889 | 5,178,889 | 19,247,851 | 66,739 | 19,181,112 |
| | 63 | 5,178,889 | 5.25% | 66,547 | 22,658 | 43,889 | 5,135,000 | 19,181,112 | 66,547 | 19,114,566 |
| Y | 64 | 5,135,000 | 5.25% | 66,355 | 22,466 | 43,889 | 5,091,111 | 19,114,566 | 66,355 | 19,048,211 |
| E | 65 | 5,091,111 | 5.25% | 66,163 | 22,274 | 43,889 | 5,047,222 | 19,048,211 | 66,163 | 18,982,049 |
| A | 66 | 5,047,222 | 5.25% | 65,970 | 22,082 | 43,889 | 5,003,333 | 18,982,049 | 65,970 | 18,916,078 |
| R | 67 | 5,003,333 | 5.25% | 65,778 | 21,890 | 43,889 | 4,959,444 | 18,916,078 | 65,778 | 18,850,300 |
| | 68 | 4,959,444 | 5.25% | 65,586 | 21,698 | 43,889 | 4,915,556 | 18,850,300 | 65,586 | 18,784,713 |
| 6 | 69 | 4,915,556 | 5.25% | 65,394 | 21,506 | 43,889 | 4,871,667 | 18,784,713 | 65,394 | 18,719,319 |
| | 70 | 4,871,667 | 5.25% | 65,202 | 21,314 | 43,889 | 4,827,778 | 18,719,319 | 65,202 | 18,654,116 |
| | 71 | 4,827,778 | 5.25% | 65,010 | 21,122 | 43,889 | 4,783,889 | 18,654,116 | 65,010 | 18,589,106 |
| | 72 | 4,783,889 | 5.25% | 64,818 | 20,930 | 43,889 | 4,740,000 | 18,589,106 | 64,818 | 18,524,288 |

# Exhibit B.1 - Fixed Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| YEAR 7 | 73 | 4,740,000 | 5.25% | 64,626 | 20,738 | 43,889 | 4,696,111 | 18,524,288 | 64,626 | 18,459,661 |
| | 74 | 4,696,111 | 5.25% | 64,434 | 20,545 | 43,889 | 4,652,222 | 18,459,661 | 64,434 | 18,395,227 |
| | 75 | 4,652,222 | 5.25% | 64,242 | 20,353 | 43,889 | 4,608,333 | 18,395,227 | 64,242 | 18,330,984 |
| | 76 | 4,608,333 | 5.25% | 64,050 | 20,161 | 43,889 | 4,564,444 | 18,330,984 | 64,050 | 18,266,934 |
| | 77 | 4,564,444 | 5.25% | 63,858 | 19,969 | 43,889 | 4,520,556 | 18,266,934 | 63,858 | 18,203,076 |
| | 78 | 4,520,556 | 5.25% | 63,666 | 19,777 | 43,889 | 4,476,667 | 18,203,076 | 63,666 | 18,139,409 |
| | 79 | 4,476,667 | 5.25% | 63,474 | 19,585 | 43,889 | 4,432,778 | 18,139,409 | 63,474 | 18,075,935 |
| | 80 | 4,432,778 | 5.25% | 63,282 | 19,393 | 43,889 | 4,388,889 | 18,075,935 | 63,282 | 18,012,653 |
| | 81 | 4,388,889 | 5.25% | 63,090 | 19,201 | 43,889 | 4,345,000 | 18,012,653 | 63,090 | 17,949,563 |
| | 82 | 4,345,000 | 5.25% | 62,898 | 19,009 | 43,889 | 4,301,111 | 17,949,563 | 62,898 | 17,886,664 |
| | 83 | 4,301,111 | 5.25% | 62,706 | 18,817 | 43,889 | 4,257,222 | 17,886,664 | 62,706 | 17,823,958 |
| | 84 | 4,257,222 | 5.25% | 62,514 | 18,625 | 43,889 | 4,213,333 | 17,823,958 | 62,514 | 17,761,444 |
| YEAR 8 | 85 | 4,213,333 | 5.25% | 62,322 | 18,433 | 43,889 | 4,169,444 | 17,761,444 | 62,322 | 17,699,122 |
| | 86 | 4,169,444 | 5.25% | 62,130 | 18,241 | 43,889 | 4,125,556 | 17,699,122 | 62,130 | 17,636,991 |
| | 87 | 4,125,556 | 5.25% | 61,938 | 18,049 | 43,889 | 4,081,667 | 17,636,991 | 61,938 | 17,575,053 |
| | 88 | 4,081,667 | 5.25% | 61,746 | 17,857 | 43,889 | 4,037,778 | 17,575,053 | 61,746 | 17,513,307 |
| | 89 | 4,037,778 | 5.25% | 61,554 | 17,665 | 43,889 | 3,993,889 | 17,513,307 | 61,554 | 17,451,753 |
| | 90 | 3,993,889 | 5.25% | 61,362 | 17,473 | 43,889 | 3,950,000 | 17,451,753 | 61,362 | 17,390,391 |
| | 91 | 3,950,000 | 5.25% | 61,170 | 17,281 | 43,889 | 3,906,111 | 17,390,391 | 61,170 | 17,329,220 |
| | 92 | 3,906,111 | 5.25% | 60,978 | 17,089 | 43,889 | 3,862,222 | 17,329,220 | 60,978 | 17,268,242 |
| | 93 | 3,862,222 | 5.25% | 60,786 | 16,897 | 43,889 | 3,818,333 | 17,268,242 | 60,786 | 17,207,456 |
| | 94 | 3,818,333 | 5.25% | 60,594 | 16,705 | 43,889 | 3,774,444 | 17,207,456 | 60,594 | 17,146,862 |
| | 95 | 3,774,444 | 5.25% | 60,402 | 16,513 | 43,889 | 3,730,556 | 17,146,862 | 60,402 | 17,086,460 |
| | 96 | 3,730,556 | 5.25% | 60,210 | 16,321 | 43,889 | 3,686,667 | 17,086,460 | 60,210 | 17,026,250 |
| YEAR 9 | 97 | 3,686,667 | 5.25% | 60,018 | 16,129 | 43,889 | 3,642,778 | 17,026,250 | 60,018 | 16,966,232 |
| | 98 | 3,642,778 | 5.25% | 59,826 | 15,937 | 43,889 | 3,598,889 | 16,966,232 | 59,826 | 16,906,406 |
| | 99 | 3,598,889 | 5.25% | 59,634 | 15,745 | 43,889 | 3,555,000 | 16,906,406 | 59,634 | 16,846,772 |
| | 100 | 3,555,000 | 5.25% | 59,442 | 15,553 | 43,889 | 3,511,111 | 16,846,772 | 59,442 | 16,787,330 |
| | 101 | 3,511,111 | 5.25% | 59,250 | 15,361 | 43,889 | 3,467,222 | 16,787,330 | 59,250 | 16,728,080 |
| | 102 | 3,467,222 | 5.25% | 59,058 | 15,169 | 43,889 | 3,423,333 | 16,728,080 | 59,058 | 16,669,022 |
| | 103 | 3,423,333 | 5.25% | 58,866 | 14,977 | 43,889 | 3,379,444 | 16,669,022 | 58,866 | 16,610,156 |
| | 104 | 3,379,444 | 5.25% | 58,674 | 14,785 | 43,889 | 3,335,556 | 16,610,156 | 58,674 | 16,551,482 |
| | 105 | 3,335,556 | 5.25% | 58,482 | 14,593 | 43,889 | 3,291,667 | 16,551,482 | 58,482 | 16,493,000 |
| | 106 | 3,291,667 | 5.25% | 58,290 | 14,401 | 43,889 | 3,247,778 | 16,493,000 | 58,290 | 16,434,710 |
| | 107 | 3,247,778 | 5.25% | 58,098 | 14,209 | 43,889 | 3,203,889 | 16,434,710 | 58,098 | 16,376,612 |
| | 108 | 3,203,889 | 5.25% | 57,906 | 14,017 | 43,889 | 3,160,000 | 16,376,612 | 57,906 | 16,318,706 |

# Exhibit B.1 - Fixed Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| YEAR 10 | 109 | 3,160,000 | 5.25% | 57,714 | 13,825 | 43,889 | 3,116,111 | 16,318,706 | 57,714 | 16,260,992 |
| | 110 | 3,116,111 | 5.25% | 57,522 | 13,633 | 43,889 | 3,072,222 | 16,260,992 | 57,522 | 16,203,470 |
| | 111 | 3,072,222 | 5.25% | 57,330 | 13,441 | 43,889 | 3,028,333 | 16,203,470 | 57,330 | 16,146,141 |
| | 112 | 3,028,333 | 5.25% | 57,138 | 13,249 | 43,889 | 2,984,444 | 16,146,141 | 57,138 | 16,089,003 |
| | 113 | 2,984,444 | 5.25% | 56,946 | 13,057 | 43,889 | 2,940,556 | 16,089,003 | 56,946 | 16,032,057 |
| | 114 | 2,940,556 | 5.25% | 56,754 | 12,865 | 43,889 | 2,896,667 | 16,032,057 | 56,754 | 15,975,303 |
| | 115 | 2,896,667 | 5.25% | 56,562 | 12,673 | 43,889 | 2,852,778 | 15,975,303 | 56,562 | 15,918,741 |
| | 116 | 2,852,778 | 5.25% | 56,370 | 12,481 | 43,889 | 2,808,889 | 15,918,741 | 56,370 | 15,862,372 |
| | 117 | 2,808,889 | 5.25% | 56,178 | 12,289 | 43,889 | 2,765,000 | 15,862,372 | 56,178 | 15,806,194 |
| | 118 | 2,765,000 | 5.25% | 55,986 | 12,097 | 43,889 | 2,721,111 | 15,806,194 | 55,986 | 15,750,208 |
| | 119 | 2,721,111 | 5.25% | 55,794 | 11,905 | 43,889 | 2,677,222 | 15,750,208 | 55,794 | 15,694,414 |
| | 120 | 2,677,222 | 5.25% | 55,602 | 11,713 | 43,889 | 2,633,333 | 15,694,414 | 55,602 | 15,638,813 |
| YEAR 11 | 121 | 2,633,333 | 5.25% | 55,410 | 11,521 | 43,889 | 2,589,444 | 15,638,813 | 55,410 | 15,583,403 |
| | 122 | 2,589,444 | 5.25% | 55,218 | 11,329 | 43,889 | 2,545,556 | 15,583,403 | 55,218 | 15,528,185 |
| | 123 | 2,545,556 | 5.25% | 55,026 | 11,137 | 43,889 | 2,501,667 | 15,528,185 | 55,026 | 15,473,159 |
| | 124 | 2,501,667 | 5.25% | 54,834 | 10,945 | 43,889 | 2,457,778 | 15,473,159 | 54,834 | 15,418,326 |
| | 125 | 2,457,778 | 5.25% | 54,642 | 10,753 | 43,889 | 2,413,889 | 15,418,326 | 54,642 | 15,363,684 |
| | 126 | 2,413,889 | 5.25% | 54,450 | 10,561 | 43,889 | 2,370,000 | 15,363,684 | 54,450 | 15,309,234 |
| | 127 | 2,370,000 | 5.25% | 54,258 | 10,369 | 43,889 | 2,326,111 | 15,309,234 | 54,258 | 15,254,977 |
| | 128 | 2,326,111 | 5.25% | 54,066 | 10,177 | 43,889 | 2,282,222 | 15,254,977 | 54,066 | 15,200,911 |
| | 129 | 2,282,222 | 5.25% | 53,874 | 9,985 | 43,889 | 2,238,333 | 15,200,911 | 53,874 | 15,147,038 |
| | 130 | 2,238,333 | 5.25% | 53,682 | 9,793 | 43,889 | 2,194,444 | 15,147,038 | 53,682 | 15,093,356 |
| | 131 | 2,194,444 | 5.25% | 53,490 | 9,601 | 43,889 | 2,150,556 | 15,093,356 | 53,490 | 15,039,866 |
| | 132 | 2,150,556 | 5.25% | 53,298 | 9,409 | 43,889 | 2,106,667 | 15,039,866 | 53,298 | 14,986,569 |
| YEAR 12 | 133 | 2,106,667 | 5.25% | 53,106 | 9,217 | 43,889 | 2,062,778 | 14,986,569 | 53,106 | 14,933,463 |
| | 134 | 2,062,778 | 5.25% | 52,914 | 9,025 | 43,889 | 2,018,889 | 14,933,463 | 52,914 | 14,880,550 |
| | 135 | 2,018,889 | 5.25% | 52,722 | 8,833 | 43,889 | 1,975,000 | 14,880,550 | 52,722 | 14,827,828 |
| | 136 | 1,975,000 | 5.25% | 52,530 | 8,641 | 43,889 | 1,931,111 | 14,827,828 | 52,530 | 14,775,299 |
| | 137 | 1,931,111 | 5.25% | 52,337 | 8,449 | 43,889 | 1,887,222 | 14,775,299 | 52,337 | 14,722,961 |
| | 138 | 1,887,222 | 5.25% | 52,145 | 8,257 | 43,889 | 1,843,333 | 14,722,961 | 52,145 | 14,670,816 |
| | 139 | 1,843,333 | 5.25% | 51,953 | 8,065 | 43,889 | 1,799,444 | 14,670,816 | 51,953 | 14,618,862 |
| | 140 | 1,799,444 | 5.25% | 51,761 | 7,873 | 43,889 | 1,755,556 | 14,618,862 | 51,761 | 14,567,101 |
| | 141 | 1,755,556 | 5.25% | 51,569 | 7,681 | 43,889 | 1,711,667 | 14,567,101 | 51,569 | 14,515,531 |
| | 142 | 1,711,667 | 5.25% | 51,377 | 7,489 | 43,889 | 1,667,778 | 14,515,531 | 51,377 | 14,464,154 |
| | 143 | 1,667,778 | 5.25% | 51,185 | 7,297 | 43,889 | 1,623,889 | 14,464,154 | 51,185 | 14,412,968 |
| | 144 | 1,623,889 | 5.25% | 50,993 | 7,105 | 43,889 | 1,580,000 | 14,412,968 | 50,993 | 14,361,975 |

# Exhibit B.1 - Fixed Interest Rate Amortization Schedule

## CW Capital - North Bay Village

**Amortization Schedule**

*January 10, 2011*

| Loan Sizing | | |
|---|---|---|
| Secured Claim | $ | 7,900,000 |
| Amortization | | 180 |
| Monthly Payment | $ | 43,889 |
| Net Claim | $ | 23,682,000 |

| | Debtor Plan - Secured Claim Amortization Schedule | | | | | | | Debtor Plan - Net Claim Balloon Payment Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | Pmt No. | Beginning Loan Balance | Interest Rate | Total Payment | Interest | Amortization | Ending Loan Balance | Beginning Balance | Principal and Interest Payments | Ending Balance |
| YEAR 13 | 145 | 1,580,000 | 5.25% | 50,801 | 6,912 | 43,889 | 1,536,111 | 14,361,975 | 50,801 | 14,311,174 |
| | 146 | 1,536,111 | 5.25% | 50,609 | 6,720 | 43,889 | 1,492,222 | 14,311,174 | 50,609 | 14,260,564 |
| | 147 | 1,492,222 | 5.25% | 50,417 | 6,528 | 43,889 | 1,448,333 | 14,260,564 | 50,417 | 14,210,147 |
| | 148 | 1,448,333 | 5.25% | 50,225 | 6,336 | 43,889 | 1,404,444 | 14,210,147 | 50,225 | 14,159,922 |
| | 149 | 1,404,444 | 5.25% | 50,033 | 6,144 | 43,889 | 1,360,556 | 14,159,922 | 50,033 | 14,109,888 |
| | 150 | 1,360,556 | 5.25% | 49,841 | 5,952 | 43,889 | 1,316,667 | 14,109,888 | 49,841 | 14,060,047 |
| | 151 | 1,316,667 | 5.25% | 49,649 | 5,760 | 43,889 | 1,272,778 | 14,060,047 | 49,649 | 14,010,398 |
| | 152 | 1,272,778 | 5.25% | 49,457 | 5,568 | 43,889 | 1,228,889 | 14,010,398 | 49,457 | 13,960,940 |
| | 153 | 1,228,889 | 5.25% | 49,265 | 5,376 | 43,889 | 1,185,000 | 13,960,940 | 49,265 | 13,911,675 |
| | 154 | 1,185,000 | 5.25% | 49,073 | 5,184 | 43,889 | 1,141,111 | 13,911,675 | 49,073 | 13,862,602 |
| | 155 | 1,141,111 | 5.25% | 48,881 | 4,992 | 43,889 | 1,097,222 | 13,862,602 | 48,881 | 13,813,720 |
| | 156 | 1,097,222 | 5.25% | 48,689 | 4,800 | 43,889 | 1,053,333 | 13,813,720 | 48,689 | 13,765,031 |
| YEAR 14 | 157 | 1,053,333 | 5.25% | 48,497 | 4,608 | 43,889 | 1,009,444 | 13,765,031 | 48,497 | 13,716,534 |
| | 158 | 1,009,444 | 5.25% | 48,305 | 4,416 | 43,889 | 965,556 | 13,716,534 | 48,305 | 13,668,229 |
| | 159 | 965,556 | 5.25% | 48,113 | 4,224 | 43,889 | 921,667 | 13,668,229 | 48,113 | 13,620,116 |
| | 160 | 921,667 | 5.25% | 47,921 | 4,032 | 43,889 | 877,778 | 13,620,116 | 47,921 | 13,572,194 |
| | 161 | 877,778 | 5.25% | 47,729 | 3,840 | 43,889 | 833,889 | 13,572,194 | 47,729 | 13,524,465 |
| | 162 | 833,889 | 5.25% | 47,537 | 3,648 | 43,889 | 790,000 | 13,524,465 | 47,537 | 13,476,928 |
| | 163 | 790,000 | 5.25% | 47,345 | 3,456 | 43,889 | 746,111 | 13,476,928 | 47,345 | 13,429,583 |
| | 164 | 746,111 | 5.25% | 47,153 | 3,264 | 43,889 | 702,222 | 13,429,583 | 47,153 | 13,382,430 |
| | 165 | 702,222 | 5.25% | 46,961 | 3,072 | 43,889 | 658,333 | 13,382,430 | 46,961 | 13,335,469 |
| | 166 | 658,333 | 5.25% | 46,769 | 2,880 | 43,889 | 614,444 | 13,335,469 | 46,769 | 13,288,700 |
| | 167 | 614,444 | 5.25% | 46,577 | 2,688 | 43,889 | 570,556 | 13,288,700 | 46,577 | 13,242,123 |
| | 168 | 570,556 | 5.25% | 46,385 | 2,496 | 43,889 | 526,667 | 13,242,123 | 46,385 | 13,195,738 |
| YEAR 15 | 169 | 526,667 | 5.25% | 46,193 | 2,304 | 43,889 | 482,778 | 13,195,738 | 46,193 | 13,149,544 |
| | 170 | 482,778 | 5.25% | 46,001 | 2,112 | 43,889 | 438,889 | 13,149,544 | 46,001 | 13,103,543 |
| | 171 | 438,889 | 5.25% | 45,809 | 1,920 | 43,889 | 395,000 | 13,103,543 | 45,809 | 13,057,734 |
| | 172 | 395,000 | 5.25% | 45,617 | 1,728 | 43,889 | 351,111 | 13,057,734 | 45,617 | 13,012,117 |
| | 173 | 351,111 | 5.25% | 45,425 | 1,536 | 43,889 | 307,222 | 13,012,117 | 45,425 | 12,966,692 |
| | 174 | 307,222 | 5.25% | 45,233 | 1,344 | 43,889 | 263,333 | 12,966,692 | 45,233 | 12,921,459 |
| | 175 | 263,333 | 5.25% | 45,041 | 1,152 | 43,889 | 219,444 | 12,921,459 | 45,041 | 12,876,418 |
| | 176 | 219,444 | 5.25% | 44,849 | 960 | 43,889 | 175,556 | 12,876,418 | 44,849 | 12,831,569 |
| | 177 | 175,556 | 5.25% | 44,657 | 768 | 43,889 | 131,667 | 12,831,569 | 44,657 | 12,786,913 |
| | 178 | 131,667 | 5.25% | 44,465 | 576 | 43,889 | 87,778 | 12,786,913 | 44,465 | 12,742,448 |
| | 179 | 87,778 | 5.25% | 44,273 | 384 | 43,889 | 43,889 | 12,742,448 | 44,273 | 12,698,175 |
| | 180 | 43,889 | 5.25% | 44,081 | 192 | 43,889 | (0) | 12,698,175 | 44,081 | 12,654,094 |
| | Totals | | | $ 11,027,906 | $ 3,127,906 | $ 7,900,000 | | | $ 11,027,906 | |