# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

In re:

NORTH BAY VILLAGE, LLC

      Debtor.
_____/

Case No.: 9:10-BK-03090-DHA
Chapter 11 Case

## ORDER GRANTING CWCAPITAL ASSET MANAGEMENT LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came on for hearing on February 18, 2011 at 9:00 a.m. (the "Hearing") on the motion of CWCAPITAL ASSET MANAGEMENT LLC ("CWCapital"), solely in its capacity as special servicer for BANK OF AMERICA, N.A., as Trustee (the "Trustee," and together with CWCapital, the "Lender") for the registered holders of Cobalt CMBS Commercial Mortgage Trust 2006-C1, Commercial Mortgage Pass-Through Certificates, Series 2006-C1, for entry of an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and the Court having considered the Motion for Relief from the Automatic Stay (the "Motion")(Doc. No. 174) and the statement in support thereof (Doc. No. 185), and having heard the arguments of counsel at the Hearing, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED:**

1. The Motion is hereby **GRANTED** and the automatic stay is terminated as to Lender's interest(s) in the following property located at 23861 N. Tamiami Trail, Bonita Springs, Florida, 34134 (the "Property"), and more specifically described as follows:

16342 v1

Parcel One:

Parcel 1 and Parcel 1A of the NORTH BAY VILLAGE AT BONITA SPRINGS LAND CONDOMINIUM, a commercial land condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 4702, Pages 3805 through 3877, as amended by Amendment to the Declaration recorded in Instrument # 2006000165165 of the Public Records of Lee County, Florida, as amended by Second Amendment to Declaration recorded in Instrument # 2006000334477 of the Public Records of Lee County, Florida, and Third Amendment recorded in Instrument # 2006000358848, Public Records of Lee County, Florida.

Parcel Two:

Non-exclusive easement for ingress and egress for the benefit of Parcel One as set forth and created by the Covenants, Restrictions and Reservations of Easements recorded in Official Records Book 1268, page 1497, Public Records of Lee County, Florida; and

The non-exclusive Easements for the benefit of Parcel One as set forth and created by Section 7 of the Declaration of Condominium and exhibits and attachments thereto, recorded at Official Records Book 4702, Page 3805 through 3877, Public Records of Lee County, Florida, and all amendments thereto, including the Ingress and Egress Easement described in Section 7.2(C).

2. This Order Granting Relief from Automatic Stay is entered for the sole purpose of allowing Lender to seek and obtain any *in rem* remedies, including the remedy of receivership. Lender shall not seek nor obtain any *in personam* remedies against the Debtor.

3. This Order Granting Relief from Automatic Stay is effective immediately pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure and is not subject to a fourteen day stay.

DONE AND ORDERED in Chambers at Fort Myers, Florida on March 04, 2011

*[signature: David H. Adams]*

DAVID H. ADAMS
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

Steven M. Berman, Shumaker, Loop & Kendrick, LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, Florida 33602

J. Steven Wilkes, United States Trustee, 501 East Polk St., Tampa, Florida 33602

Denise D. Dell-Powell, Burr & Forman LLP, 450 South Orange Ave., Suite 200, Orlando, FL 32801